**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | WIS Holding Company, Inc. |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 26-1892673 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 9265 Sky Park Court<br>Suite 100<br>San Diego, CA 92123<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| San Diego<br>County | Location of principal assets, if different from principal place of business<br><br>_____<br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL) _____

6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor    **WIS Holding Company, Inc.**                                    Case number (*if known*) _____
         Name

7. **Describe debtor's business**    A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☑ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   **561990**

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☑ Chapter 11. *Check all that apply:*
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   - ☑ No.
   - ☐ Yes.

   If more than 2 cases, attach a separate list.

   District _____    When _____    Case number _____
   District _____    When _____    Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    - ☐ No
    - ☑ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor    **SEE EXHIBIT 1**
    District _____    When _____    Case number, if known _____

Debtor  **WIS Holding Company, Inc.**  Case number (*if known*) _____
        Name

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☑ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☑ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor   WIS Holding Company, Inc.                                    Case number (if known)
         Name

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  July 2, 2018
             MM / DD / YYYY

X _____    Timothy J. Bernlohr
  Signature of authorized representative of debtor    Printed name

Title  Chairman

**18. Signature of attorney**

X _____    Date  July 2, 2018
  Signature of attorney for debtor          MM / DD / YYYY

R. Stephen McNeill
Printed name

Potter Anderson & Corroon LLP
Firm name

1313 N. Market Street, Sixth Floor, Wilmington, DE 19801
Number, Street, City, State & ZIP Code

Contact phone  (302) 984-6000    Email address  rmcneill@potteranderson.com

DE 5210
Bar number and State

# EXHIBIT 1

## PENDING OR CONCURRENT BANKRUPTCY CASES FILED BY THE DEBTOR AND ITS AFFILIATES

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed a voluntary petition for relief under title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware. A motion is being filed with the Court requesting that the chapter 11 cases of these entities be jointly administered for procedural purposes only. Additional detail regarding the relationship of each debtor is set forth in the corporate ownership statement, filed contemporaneously herewith.

| Entity Name | Relationship | Case Number | Judge |
|---|---|---|---|
| WIS Holding Company, Inc. | Debtors' ultimate parent company | Not yet assigned | Not yet assigned |
| WIS Holdings Corp. | Direct subsidiary of WIS Holding Company, Inc. | Not yet assigned | Not yet assigned |
| Western Inventory Service, Inc. | Direct subsidiary of WIS Holding Company, Inc. | Not yet assigned | Not yet assigned |
| Washington Inventory Service | Direct subsidiary of WIS Holdings Corp. | Not yet assigned | Not yet assigned |
| WIS International, Inc. | Direct subsidiary of Washington Inventory Service | Not yet assigned | Not yet assigned |
| Labor Support International, Inc. | Direct subsidiary of Washington Inventory Service | Not yet assigned | Not yet assigned |
| Service Support International, Inc. | Direct subsidiary of Washington Inventory Service | Not yet assigned | Not yet assigned |

## WIS HOLDING COMPANY, INC.

## RESOLUTIONS OF THE BOARD OF DIRECTORS

The undersigned director, constituting the entire Board of Directors (the "**Board of Directors**") of WIS Holding Company, Inc., a Delaware corporation (the "**Corporation**"), acting without a meeting pursuant to Section 141(f) of the Delaware General Corporation Law, as amended, do hereby waive all call and notice requirements and consent to, and adopt, the following resolutions by unanimous written consent:

>WHEREAS, the Board of Directors reviewed the materials presented by the management and the financial and legal advisers of the Corporation regarding the liabilities and liquidity situation of the Corporation, the strategic alternatives available to the Corporation, and the impact of the foregoing on the Corporation's businesses; and

>WHEREAS, the Board of Directors has had the opportunity to consult with the management and the financial and legal advisers of the Corporation and fully consider each of the strategic alternatives available to the Corporation.

I. **Voluntary Petition Under the Provisions of Chapter 11 of Title 11 of the United States Code.**

>NOW, THEREFORE, BE IT RESOLVED THAT: In the judgment of the Board of Directors, it is desirable and in the best interests of the Corporation, its creditors, stockholders, and other parties in interest, that the Corporation file or cause to be filed voluntary petitions for relief under the provisions of chapter 11 of title 11 of the United States Code on or before July 2, 2018;

>BE IT FURTHER RESOLVED THAT: Tim Bernlohr, and such other officers as may be designated by Tim Bernlohr (collectively, the "**Authorized Officers**"), acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and empowered to execute and file on behalf of the Corporation all petitions, schedules, lists and other papers or documents, and to take any and all action that they deem necessary or proper to obtain such relief;

>BE IT FURTHER RESOLVED THAT: Each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to employ the law firm of Potter Anderson & Corroon, LLP as general bankruptcy counsel to represent and assist the Corporation in carrying out its duties under title 11 of the United States Code, and to take any and all actions to advance the Corporation's rights

and obligations, including filing any pleadings; and in connection therewith, each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of Potter Anderson & Corroon, LLP;

BE IT FURTHER RESOLVED THAT: Each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to employ the firm of JND Corporate Restructuring as notice and claims agent to represent and assist the Corporation in carrying out its duties under title 11 of the United States Code, and to take any and all actions to advance the Corporation's rights and obligations; and in connection therewith, each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the chapter 11 case, and to cause to be filed appropriate applications for authority to retain the services of JND Corporate Restructuring; and

BE IT FURTHER RESOLVED THAT: Each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to employ any other professionals to assist the Corporation in carrying out its duties under title 11 of the United States Code; and in connection therewith, each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the chapter 11 case and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary.

**II.**    **Further Actions and Prior Actions.**

BE IT FURTHER RESOLVED THAT: Any Authorized Person be, and each hereby is, authorized and empowered to take any and all actions necessary or appropriate for the Company to negotiate a restructuring, liquidation or other reorganization of the Company, including under one or more plans of reorganization, and, subject to further approval of the Board of Directors, to enter into such plan of reorganization and all other documents, agreements or instruments to effectuate the foregoing;

2

BE IT FURTHER RESOLVED THAT: Each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and empowered for, in the name of and on behalf of the Corporation to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver, and file any and all such instruments as each, in his or her discretion, may deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions;

BE IT FURTHER RESOLVED THAT: All authority conferred by these resolutions shall be deemed retroactive and any and all acts authorized under these resolutions performed prior to the adoption of this resolution are hereby ratified, affirmed and approved; and that, without limitation of the foregoing, all actions heretofore taken for or on behalf of the Company by any Authorized Person in connection with the transactions contemplated by the preceding resolutions be, and hereby are, ratified, adopted and confirmed in all respects.

This Unanimous Written Consent of the Board of Directors may be executed in one or more counterparts, each of which shall be deemed an original for all purposes and all of which together shall constitute one and the same.

IMPAC 5846404v.2

IN WITNESS WHEREOF, the undersigned have executed and delivered this Unanimous Written Consent of the Board of Directors in lieu of meeting as of the date first written above.

_____
Tim Bernlohr
Chairman

Timothy J. BERNLOHR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: ) Chapter 11
) 
) Case No. 18-_____ (___)
WIS HOLDING COMPANY, INC. ) Joint Administration Pending
)
Debtor. )
)

## LIST OF EQUITY SECURITY HOLDERS AND CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rules of Bankruptcy Procedure 1007(a)(1) and 1007(a)(3) and 7007.1, the following entities are the equity security holders for WIS Holding Company, Inc., the Debtor in this case, as of the date hereof:

| Equity Security Holder | Address | Percentage of Shares |
|---|---|---|
| CalTex Investments, LLC | 36 Glen Abbey Drive<br>Dallas, TX  75248 | 95.52% |
| 2161494 Ontario Inc. | 5400 Cedar Springs Road<br>Burlington  ON  L7P 0B9<br>Canada | 2.53% |
| Mark Hubbard | 203 Lakeview Drive<br>Coraopolis, PA  15108 | 0.19% |
| Dan Nelson | 925 Southwood Drive<br>Highland Village, TX  75077 | 0.19% |
| Steve Roberts | 15 Tamwood Court<br>Stoney Creek  ON  L8J 2L1<br>Canada | 0.13% |
| Michael Luchansky | 720 Meredith Place<br>Glen Ellyn, IL  60137 | 0.13% |
| Tom Hopkins | 86 Baldwin Drive<br>Cambridge  ON  N3C 0B4<br>Canada | 0.11% |
| Bruce Watkins | 24249 Bristol Avenue<br>Plainfield, IL  60585 | 0.11% |
| Tom Compogiannis | 3465 Corte Clarita<br>Carlsbad, CA  92009 | 0.09% |

IMPAC 5850774v.1

| Equity Security Holder | Address | Percentage of Shares |
|---|---|---|
| Dave Haller | 860 Chelsea Lane<br>Encinitas, CA 92024 | 0.08% |
| Todd Henry | 1618 Hyland Greens Drive<br>Grapevine, TX 76051 | 0.08% |
| Michael Von Fischer | 1242 Polo Heights Drive<br>Frisco, TX 75033 | 0.07% |
| Lee Lafleur | 5334 Las Flores Via<br>New Port Richey, FL 34655 | 0.06% |
| Gary Foy | 215 Westchester Club<br>Hiram, GA 30141 | 0.06% |
| Jim Pileggi | 236 Kimber Cres.<br>Woodbridge ON L4L 9K3<br>Canada | 0.06% |
| Shane Johnston | 5990 University Blvd., Ste 12<br>Coraopolis, PA 15108 | 0.06% |
| Gerry Warren | 302 Gerard Binette<br>Gatineau QC J9J 2X6<br>Canada | 0.05% |
| Tom Fragomeni | 37 Oakside<br>Barrie ON L4N 5V5<br>Canada | 0.04% |
| Mario Fontes | 64 Vadeboncoeur Drive<br>Winnipeg MB R2N 4P9<br>Canada | 0.04% |
| Geoff Chaplin | 23 Petard Close, Two Gates<br>Tamworth B77 1GN<br>United Kingdom | 0.03% |
| Enrico Sentina | 6965 El Camino Real, Ste 105-140<br>Carlsbad, CA 92009 | 0.03% |
| Brett McGennis | 310 Indian Ridge Drive<br>Moon, PA 15108 | 0.03% |
| Stephen Smith | 225 Harbor Lakes Way<br>Fayetteville, GA 30215 | 0.03% |
| Darryl Herman | 407 Blue Ridge Drive<br>Moon, PA 15108 | 0.03% |

| Equity Security Holder | Address | Percentage of Shares |
|---|---|---|
| Todd Oberman | 4004 Williford Way<br>Spring Hill, TN 37174 | 0.03% |
| Kevin Scott | 177 Schneller Drive<br>Baden ON N3A 2K9<br>Canada | 0.03% |
| Derek Pointon | 19784 Sunset Lane<br>Pitt Meadows BC V3Y 2S5<br>Canada | 0.03% |
| Jackie Meier | 6224 Italy Road<br>Murrysville, PA 15632 | 0.02% |
| Tom Manning | 1840 McEwen Place<br>North Vancouver BC V7J 3P8<br>Canada | 0.02% |
| Jonathan Eng | 189 Aldergrove Drive<br>Markham ON L3R 5E6<br>Canada | 0.02% |
| Todd Dallimore | 29 Highmore Avenue<br>Bolton ON L7E 1V7<br>Canada | 0.02% |
| Rob Dalingwater | 97 Cline Avenue N<br>Hamilton ON L8S 3Z5<br>Canada | 0.02% |
| Todd Newell | 205 Kings Heights Drive<br>Airdrie AB T4A 0E6<br>Canada | 0.02% |
| Ed Zurawski | 15 Blue Spruce Court<br>Kitchener ON N2N 1L2<br>Canada | 0.02% |
| Kent Rice | 565 Timber Lane<br>Burlington ON L7L 4B2 Canada | 0.02% |

## DECLARATION CONCERNING LIST OF EQUITY SECURITY HOLDERS AND CORPORATE OWNERSHIP STATEMENT

I, Timothy J. Bernlohr, the Chairman of WIS Holding Company, Inc., named as the Debtor in this case, declare under penalty of perjury that I have reviewed the List of Equity Security Holders and Corporate Ownership Statement for WIS Holding Company, Inc. submitted herewith, and that it is true and correct to the best of my information and belief.

Dated: July 2, 2018

_____
Timothy J. Bernlohr
Chairman

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | WIS Holding Company, Inc. |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Thomas C. Compogiannis c/o Retail Services WIS, Corporation 9265 Sky Park Court, Suite 100 San Diego, CA 92123 | Thomas C. Compogiannis tcompogiannis@wisintl.com Fax: 858.492.2751 | Bank Loan | | | | $123,948,666.17 |
| Michael P. Luchansky c/o Retail Services WIS, Corporation 9265 Sky Park Court, Suite 100 San Diego, CA 92123 | Michael P. Luchansky mluchansky@wisintl.com Fax: 858.492.2751 | Deferred Compensation | | | | $656,293.12 |
| Thomas C. Compogiannis c/o Retail Services WIS, Corporation 9265 Sky Park Court, Suite 100 San Diego, CA 92123 | Thomas C. Compogiannis tcompogiannis@wisintl.com Fax: 858.492.2751 | Deferred Compensation | | | | $386,366.41 |
| Dan A. Nelson c/o Retail Services WIS, Corporation 9265 Sky Park Court, Suite 100 San Diego, CA 92123 | Dan A. Nelson dnelson@wisintl.com Fax: 858.492.2751 | Deferred Compensation | | | | $269,510.21 |
| Thomas A. Deane c/o Retail Services WIS, Corporation 9265 Sky Park Court, Suite 100 San Diego, CA 92123 | Thomas A. Deane tdeane@wisintl.com Fax: 858.492.2751 | Deferred Compensation | | | | $202,095.82 |

Debtor  **WIS Holding Company, Inc.**                                    Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Stanley R. Evans c/o Retail Services WIS, Corporation 9265 Sky Park Court, Suite 100 San Diego, CA 92123 | Stanley R. Evans sevans@wisintl.com Fax: 858.492.2751 | Deferred Compensation | | | | $114,767.63 |
| James R. Rose c/o Retail Services WIS, Corporation 9265 Sky Park Court, Suite 100 San Diego, CA 92123 | James R. Rose jrose@wisintl.com Fax: 858.492.2751 | Deferred Compensation | | | | $112,440.66 |
| William D. Fleet 5201 Galleon Dr NE Tacoma, WA 98422 | | Deferred Compensation | | | | $88,598.68 |
| Phillip L. Bearman c/o Retail Services WIS, Corporation 9265 Sky Park Court, Suite 100 San Diego, CA 92123 | Phillip L. Bearman pbearman@wisintl.com Fax: 858.492.2751 | Deferred Compensation | | | | $86,295.16 |
| Christopher Forsberg c/o Retail Services WIS, Corporation 9265 Sky Park Court, Suite 100 San Diego, CA 92123 | Christopher Forsberg cforsberg@wisintl.com Fax: 858.492.2751 | Deferred Compensation | | | | $82,759.79 |
| Todd T. Oberman c/o Retail Services WIS, Corporation 9265 Sky Park Court, Suite 100 San Diego, CA 92123 | Todd T. Oberman toberman@wisintl.com Fax: 858.492.2751 | Deferred Compensation | | | | $50,795.14 |
| John M. Hall c/o Retail Services WIS, Corporation 9265 Sky Park Court, Suite 100 San Diego, CA 92123 | John M. Hall jhall@wisintl.com Fax: 858.492.2751 | Deferred Compensation | | | | $13,172.70 |
| Barran Liebman 601 SW 2nd Avenue, Suite 2300 Portland, OR 97204 | Jeffrey G. Robertson, Esq. jrobertson@barran.com Fax: 503.274.1212 | Professional Services | | | | $7,315.00 |

Debtor   **WIS Holding Company, Inc.**                                              Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Ted Smykla c/o Retail Services WIS, Corporation 9265 Sky Park Court, Suite 100 San Diego, CA 92123 | Ted Smykla tsmykla@wisintl.com Fax: 858.492.2751 | Deferred Compensation | | | | $4,889.05 |
| Larry Wagner c/o Retail Services WIS, Corporation 9265 Sky Park Court, Suite 100 San Diego, CA 92123 | Larry Wagner lwagner@wisintl.com Fax: 858.492.2751 | Deferred Compensation | | | | $3,485.87 |
| Alabama Department of Revenue 50 N. Ripley Street Montgomery, AL 36104 | Corporate Income Tax Section webmaster@revenue.alabama.gov Fax: 334.242.2537 | Tax | Contingent Unliquidated | | | $0.00 |
| Alaska Department of Revenue PO Box 110420 Juneau, AK 99811-0420 | sheldon.fisher@alaska.gov Fax: 907.465.2389 | Tax | Contingent Unliquidated | | | $0.00 |
| Amie Marshall 11227 Studebaker Street Warren, MI 48089 | | Litigation | Contingent Unliquidated Disputed | | | $0.00 |
| Arizona Corp. Commission 1300 W. Washington Street Phoenix, AZ 85007 | legaldiv@azcc.gov Fax: 602.542.0900 | Tax | Contingent Unliquidated | | | $0.00 |
| Richard Chard Hose c/o Schneider Wallace Cottrell Konecky Wotkyns LLP 2000 Powell Street, Suite 1400 Emeryville, CA 94608 | Joshua Konecky, Esq. jkonecky@schneiderwallace.com Fax: 415.421.7105 | Litigation | Contingent Unliquidated Disputed | | | $0.00 |



# Creditor Matrix

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| 2161494 ONTARIO INC. | 5400 CEDAR SPRINGS RD. | | | | BURLINGTON | ON | L7P 0B9 | CANADA |
| AIG | ONE CONNELL DRIVE | | | | BERKELEY HEIGHTS | NJ | 7922 | |
| ALABAMA DEPARTMENT OF REVENUE | CORPORATE INCOME TAX SECTION | | | | MONTGOMERY | AL | 36132-7435 | |
| ALABAMA DEPARTMENT OF REVENUE | PO BOX 327320 | | | | MONTGOMERY | AL | 36132-7320 | |
| ALASKA DEPARTMENT OF REVENUE | PO BOX 110420 | | | | JUNEAU | AK | 99811-0420 | |
| AMIE MARSHALL | 11227 STUDEBAKER ST | | | | WARREN | MI | 48089 | |
| ANDREA AKEN | 1705 N. 170TH ST. | | | | OMAHA | NE | 68118 | |
| ARIZONA CORP COMMISSION | 1300 W. WASHINGTON STREET | | | | PHOENIX | AZ | 85007 | |
| ARIZONA DEPARTMENT OF REVENUE | PO BOX 29085 | | | | PHOENIX | AZ | 85038-9085 | |
| ARKANSAS CORPORATION INCOME TAX SECTION | PO BOX 919 | | | | LITTLE ROCK | AR | 72203-0919 | |
| ARKANSAS SECRETARY OF STATE | PO BOX 8014 | | | | LITTLE ROCK | AR | 72203-8014 | |
| BARRAN LIEBMAN | 601 SW 2ND AVE, SUITE 2300 | | | | PORTLAND | OR | 97204 | |
| BONNIE HOLMES | 514 IDAHO ST | APT C | | | LEAVENWORTH | KS | 66048 | |
| BRETT MCGENNIS | 310 INDIAN RIDGE DR | | | | MOON | PA | 15108 | |
| BRUCE WATKINS | 24249 BRISTOL AVE | | | | PLAINFIELD | IL | 60585 | |
| CALIFORNIA STATE BOARD OF EQUALIZATION | PO BOX 942879 | | | | SACRAMENTO | CA | 94279-3535 | |
| CALTEX INVESTMENTS, LLC | 36 GLEN ABBEY DR. | | | | DALLAS | TX | 75248 | |
| CANDIDE BEAN | C/O SPENCER SCOTT PPLC | ATTN: JENNIFER SPENCER AND NEAL BRIDGES | THREE FOREST PLAZA 12221 MERIT DRIVE | SUITE 160 | DALLAS | TX | 75251 | |
| CENTRE LANE PARTNERS, LLC | C/O OF GREENBERG TRAURIG | ATTN: NATHAN A. HAYNES | METLIFE BUILDING | 200 PARK AVENUE | NEW YORK | NY | 10166 | |
| CHRISTOPHER FORSBERG | C/O RETAIL SERVICES WIS, CORPORATION | 9265 SKY PARK COURT, SUITE 100 | | | SAN DIEGO | CA | 92123 | |
| COHEN & GRIGSBY, P.C. | 625 LIBERTY AVE | | | | PITTSBURGH | PA | 15222 | |
| COLORADO DEPARTMENT OF REVENUE | | | | | DENVER | CO | 80261-0008 | |
| COMMISSIONER OF REVENUE SERVICES | PO BOX 5089 | | | | HARTFORD | CT | 06102-5089 | |
| COMMONWEALTH OF MASSACHUSETTS | PO BOX 7065 | | | | BOSTON | MA | 02204-7065 | |
| COMPTROLLER OF MARYLAND | REVENUE ADMINISTRATION DIVISION | | | | ANNAPOLIS | MD | 21411-0001 | |
| COMPTROLLER OF PUBLIC ACCOUNTS | PO BOX 149348 | | | | AUSTIN | TX | 78714-9348 | |
| DAN A. NELSON | C/O RETAIL SERVICES WIS, CORPORATION | 9265 SKY PARK COURT, SUITE 100 | | | SAN DIEGO | CA | 92123 | |
| DAN NELSON | 925 SOUTHWOOD DR | | | | HIGHLAND VILLAGE | TX | 75077 | |
| DANIELLE GONZALES | 11034 AUTUMNWIND LN | | | | RANCHO CORDOVA | CA | 95670 | |
| DARRYL HERMAN | 407 BLUE RIDGE DR | | | | MOON | PA | 15108 | |
| DAVE HALLER | 860 CHELSEA LN | | | | ENCINITAS | CA | 92024 | |
| DC TREASURER | PO BOX 96019 | | | | WASHINGTON | DC | 20090-6019 | |
| DEJUAN HAYNES | C/O BYRNES LAW PC | ATTN: RACHEL ALLEN | 757 THIRD AVENUE | 20TH FLOOR | NEW YORK | NY | 10017 | |
| DELAWARE DIVISION OF REVENUE | PO BOX 8751 | | | | WILMINGTON | DE | 19899-8712 | |
| DEPARTMENT OF REVENUE | PO BOX 8021 | | | | HELENA | MT | 59604-8021 | |
| DEPARTMENT OF REVENUE | PO BOX 9034 | | | | OLYMPIA | WA | 98507-9034 | |
| DEPARTMENT OF STATE NY | 99 WASHINGTON AVENUE | | | | ALBANY | NY | 12231-0001 | |
| DEREK POINTON | 19784 SUNSET LANE | | | | PITT MEADOWS | BC | V3Y 2S5 | CANADA |
| DONALD LUTGEN | C/O SWISHER & COHRT, PLC | ATTN: LYNN SMITH | PO BOX 1200 | | WATERLOO | IA | 50704 | |
| ED ZURAWSKI | 15 BLUE SPRUCE CRT. | | | | KITCHENER | ON | N2N 1L2 | CANADA |
| EL PASO TAX ASSESSOR | PO BOX 2992 | | | | EL PASO | TX | 79999-2992 | |
| ENRICO SENTINA | 6965 EL CAMINO REAL | STE 105-140 | | | CARLSBAD | CA | 92009 | |
| FLORIDA DEPARTMENT OF REVENUE | 5050 W. TENNESSEE STREET | | | | TALLAHASSEE | FL | 32399-0135 | |
| FRANCHISE TAX BOARD | PO BOX 942857 | | | | SACRAMENTO | CA | 94257-0501 | |
| GARY FOY | 215 WESTCHESTER CLUB | | | | HIRAM | GA | 30141 | |
| GEOFF CHAPLIN | 23 PETARD CLOSE | TWO GATES | | | TAMWORTH | | B77 1GN | UNITED KINGDOM |
| GEORGIA DEPARTMENT OF REVENUE | PO BOX 105136 | | | | ATLANTA | GA | 30348-5136 | |
| GERRY WARREN | 302 GERARD BINETTE | | | | GATINEAU | QC | J9J 2X6 | CANADA |
| HAWAII DEPT OF TAXATION | PO BOX 1730 | | | | HONOLULU | HI | 96806-1730 | |
| HAWAII STATE TAX COLLECTOR | PO BOX 1530 | | | | HONOLULU | HI | 96806-1530 | |
| HOSE, ET. AL., V. WIS | ATTN: JOSHUA KONECKY, NATHAN BUNNELL PILLER, AND LESLIE H. JOYNER | SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP | 2000 POWELL STREET | SUITE 1400 | EMERYVILLE | CA | 94608 | |
| IDAHO STATE TAX COMMISSION | PO BOX 56 | | | | BOISE | ID | 83756-0056 | |
| ILLINOIS DEPARTMENT OF REVENUE | PO BOX 19035 | | | | SPRINGFIELD | IL | 62794-9035 | |
| INDIANA DEPARTMENT OF REVENUE | PO BOX 6197 | | | | INDIANAPOLIS | IN | 46206 | |
| INDIANA DEPARTMENT OF REVENUE | 100 N SENATE AVENUE | | | | INDIANAPOLIS | IN | 46204-2253 | |
| INDIANA SECRETARY OF STATE | 302 W. WASHINGTON ST | ROOM E-018 | | | INDIANAPOLIS | IN | 46204 | |
| IOWA DEPARTMENT OF REVENUE | PO BOX 10466 | | | | DES MOINES | IA | 50306-0466 | |
| IOWA SECRETARY OF STATE | LUCAS BUILDING, 1ST FLOOR | | | | DES MOINES | IA | 50319 | |



# Creditor Matrix

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| IRS - UTAH | | | | | OGDEN | UT | 84201-0039 | |
| JACKIE MEIER | 6224 ITALY RD | | | | MURRYSVILLE | PA | 15632 | |
| JAMES M. PHILLIPS | 2113 ASKEW | | | | KANSAS CITY | MO | 64127 | |
| JAMES M. ROSE | C/O RETAIL SERVICES WIS, CORPORATION | 9265 SKY PARK COURT, SUITE 100 | | | SAN DIEGO | CA | 92123 | |
| JIM PILEGGI | 236 KIMBER CRES. | | | | WOODBRIDGE | ON | L4L 9K3 | CANADA |
| JOHN M. HALL | C/O RETAIL SERVICES WIS, CORPORATION | 9265 SKY PARK COURT, SUITE 100 | | | SAN DIEGO | CA | 92123 | |
| JOHN P. MCCLURE | 807 W2ND ST | APT 1A | | | DAVENPORT | IA | 52802 | |
| JONATHAN ENG | 189 ALDERGROVE DR. | | | | MARKHAM | ON | L3R 5E6 | CANADA |
| KANSAS CORPORATE TAX | 915 SW HARRISON ST | | | | TOPEKA | KS | 66625-2000 | |
| KENT RICE | 565 TIMBER LANE | | | | BURLINGTON | ON | L7L 4B2 | CANADA |
| KENTUCKY DEPARTMENT OF REVENUE | PO BOX 181, STATION 53 | | | | FRANKFORT | KY | 40602-0181 | |
| KENTUCKY DEPARTMENT OF REVENUE | PO BOX 856910 | | | | FRANKFORT | KY | 40285-6910 | |
| KENTUCKY STATE TREASURER | PO BOX 718 | | | | FRANKFORT | KY | 40602-0718 | |
| KEVIN SCOTT | 177 SCHNELLER DR. | | | | BADEN | ON | N3A 2K9 | CANADA |
| LARRY WAGNER | C/O RETAIL SERVICES WIS, CORPORATION | 9265 SKY PARK COURT, SUITE 100 | | | SAN DIEGO | CA | 92123 | |
| LEE LAFLEUR | 5334 LAS FLORES VIA | | | | NEW PORT RICHEY | FL | 34655 | |
| LOUISIANA DEPARTMENT OF REVENUE | PO BOX 751 | | | | BATON ROUGE | LA | 70821-0751 | |
| MAINE SECRETARY OF STATE | 101 STATE HOUSE STATION | | | | AUGUSTA | ME | 04333-0101 | |
| MALINDA STARNER | C/O RP LAW GROUP LAW OFFICES OF RAJ PATEL, APC | ATTN: PAJ PATEL AND ANREEKA PATEL | 2155 CHICAGO AVE. | SUITE 305 | RIVERSIDE | CA | 92507 | |
| MARIO FONTES | 64 VADEBONCOEUR DR. | | | | WINNIPEG | MB | R2N 4P9 | CANADA |
| MARK HUBBARD | 203 LAKEVIEW DR | | | | CORAOPOLIS | PA | 15108 | |
| MICHAEL LUCHANSKY | 720 MEREDITH PL | | | | GLEN ELLYN | IL | 60137 | |
| MICHAEL P. LUCHANSKY | C/O RETAIL SERVICES WIS, CORPORATION | 9265 SKY PARK COURT, SUITE 100 | | | SAN DIEGO | CA | 92123 | |
| MICHAEL VON FISCHER | 1242 POLO HEIGHTS DR. | | | | FRISCO | TX | 75033 | |
| MICHIGAN DEPARTMENT OF TREASURY | PO BOX 30059 | | | | LANSING | MI | 48909 | |
| MICHIGAN DEPARTMENT OF TREASURY | PO BOX 30401 | | | | LANSING | MI | 48909-7901 | |
| MICHIGAN DEPT OF LICENSING | PO BOX 30054 | | | | LANSING | MI | 48909 | |
| MINNESOTA REVENUE | MAIL STATION 1260 | | | | ST. PAUL | MN | 55145-1260 | |
| MISSISSIPPI STATE TAX COMMISSION | PO BOX 23050 | | | | JACKSON | MS | 39225-3050 | |
| MISSOURI DIRECTOR OF REVENUE | PO BOX 3020 | | | | JEFFERSON CITY | MO | 65105-3020 | |
| MONICA ARISPE | C/O CAPSTONE LAW APC | ATTN: JENNIFER BAGOSY | 1875 CENTURY PARK EAST | SUITE 1000 | LOS ANGELES | CA | 90067 | |
| MONTANA DEPT OF REVENUE | P. O. BOX 8021 | | | | HELENA | MT | 59604-8021 | |
| MULTNOMAH COUNTY | PO BOX 2716 | | | | PORTLAND | OR | 97208-2716 | |
| NEBRASKA DEPARTMENT OF REVENUE | PO BOX 94818 | | | | LINCOLN | NE | 68509-4818 | |
| NEVADA DEPT OF TAXATION | PO BOX 7165 | | | | SAN FRANCISCO | CA | 94120-7165 | |
| NEW HAMPSHIRE SECRETARY OF STATE | 107 N MAIN ST | ROOM 204 | | | CONCORD | NH | 03301 | |
| NEW MEXICO TAXATION AND REVENUE DEPT | PO BOX 25127 | | | | SANTA FE | NM | 87504-5127 | |
| NEW YORK STATE CORPORATION TAX | PO BOX 15163 | | | | ALBANY | NY | 12212-5163 | |
| NORTH CAROLINA DEPARTMENT OF REVENUE | PO BOX 25000 | | | | RALEIGH | NC | 27640-0500 | |
| NORTH DAKOTA STATE TAX COMMISSIONER | 600 E BOULEVARD AVE. | DEPT 127 | | | BISMARCK | ND | 58505-0552 | |
| OHIO DEPT OF TAXATION | PO BOX 182101 | | | | COLUMBUS | OH | 43218-2101 | |
| OKLAHOMA COUNTY TREASURER | 320 ROBERT S. KERR | ROOM 307 | | | OKLAHOMA CITY | OK | 73102 | |
| OKLAHOMA TAX COMMISSION | PO BOX 26920 | | | | OKLAHOMA CITY | OK | 73126-9020 | |
| OLD REPUBLIC INSURANCE COMPANY | C/O OLD REPUBLIC RISK MANAGEMENT, INC. | ATTN: CFO | 445 SOUTH MOORLAND ROAD, SUITE 300 | | BROOKFIELD | WI | 53005 | |
| OREGON DEPARTMENT OF REVENUE | PO BOX 14780 | | | | SALEM | OR | 97309-0469 | |
| PA DEPARTMENT OF REVENUE | DEPARTMENT 280703 | | | | HARRISBURG | PA | 17128-0703 | |
| PENNSYLVANIA SALES AND USE TAX | PO BOX 280437 | | | | HARRISBURG | PA | 17128-0437 | |
| PHILLIP L. BEARMAN | C/O RETAIL SERVICES WIS, CORPORATION | 9265 SKY PARK COURT, SUITE 100 | | | SAN DIEGO | CA | 92123 | |
| PRINCIPAL LIFE INSURANCE CO. | | | | | DES MOINES | IA | 50392-0001 | |
| RETAIL SERVICES WIS, CORPORATION | 9265 SKY PARK COURT, SUITE 100 | | | | SAN DIEGO | CA | 92123 | |
| RHODE ISLAND DEPT OF SATE | 148 W. RIVER STREET | | | | PROVIDENCE | RI | 012904-2615 | |
| RHODE ISLAND DIVISION OF TAXATION | PO BOX 9702 | | | | PROVIDENCE | RI | 02940-9702 | |
| RICHARD HOSE | C/O SCHNEIDER WALLACE, COTTRELL KONECKY WOTKYNS LLP | ATTN: JOSHUA KONECKY | 2000 POWELL STREET | SUITE 1400 | EMERYVILLE | CA | 94608 | |
| ROB DALINGWATER | 97 CLINE AVE. N. | | | | HAMILTON | ON | L8S 3Z5 | CANADA |
| SECRETARY OF STATE GA | 2 MARTIN LUTHER KING DR. SE | SUITE 313 | | | ATLANTA | GA | 30334 | |
| SECRETARY OF STATE IL | 501 S. SECOND ST. | RM. 350 | | | SPRINGFIELD | IL | 62756 | |
| SECRETARY OF STATE KS | 120 S.W. 10TH AVE. | | | | TOPEKA | KS | 66612-1594 | |
| SECRETARY OF STATE MN | PO BOX 136 | | | | JACKSON | MS | 39205-0136 | |



# Creditor Matrix

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| SECRETARY OF STATE MT | PO BOX 202801 | | | | HELENA | MT | 59620-2801 | |
| SECRETARY OF STATE NC | PO BOX 29622 | | | | RALEIGH | NC | 27626-0622 | |
| SECRETARY OF STATE ND | 600 E. BOULEVARD AVE. | DEPT 108 | | | BISMARK | ND | 58505-0500 | |
| SECRETARY OF STATE NV | 202 NORTH CARSON STREET | | | | CARSON CITY | NV | 89701-4201 | |
| SECRETARY OF STATE OKLAHOMA | 421 N.W. 13TH | SUITE 210 | | | OKLAHOMA CITY | OK | 73103 | |
| SECRETARY OF STATE WV | STATE CAPITAL BLDG | | | | CHARLESTON | WV | 25305 | |
| SECRETARY OF THE COMMONWEALTH | ONE ASHBURTON PL | | | | BOSTON | MA | 02108-1512 | |
| SECRETATY OF STATE NM | 325 DON GASPAR | SUITE #300 | | | SANTA FE | NM | 87501 | |
| SHANE JOHNSTON | 5990 UNIVERSITY BLVD. | STE 12 | | | CORAOPOLIS | PA | 15108 | |
| SIERRA KANGAS | C/O THE TURLEY & MARA LAW FIRM, APLC | ATTN: WILLIAM TURLEY | 7428 TRADE STREET | | SAN DIEGO | CA | 92121 | |
| SOUTH CAROLINA DEPARTMENT OF REVENUE | | | | | COLUMBIA | SC | 29214-0007 | |
| SOUTH DAKOTA DEPT OF REVENUE | PO BOX 5055 | | | | SIOUX FALLS | SD | 57117-5055 | |
| STANLEY R. EVANS | C/O RETAIL SERVICES WIS, CORPORATION | 9265 SKY PARK COURT, SUITE 100 | | | SAN DIEGO | CA | 92123 | |
| STATE OF MARYLAND | 301 WEST PRESTON ST. | ROOM #801 | | | BALTIMORE | MD | 21201-2395 | |
| STATE OF NEW HAMPSHIRE | 107 N. MAIN St. | RM 204 | | | CONCORD | NH | 03302-4989 | |
| STATE OF NEW JERSEY-CBT | PO BOX 666 | | | | TRENTON | NJ | 08646-0666 | |
| STATE OF WASHINGTON | PO BOX 34051 | | | | SEATTLE | WA | 98124-1052 | |
| STATE OF WEST VIRGINIA | STATE TAX DEPARTMENT | COMPLIANCE DIVISION | PO BOX 1221 | | CHARLESTON | WV | 25324-1221 | |
| STATE OF WI DEPT OF FINANCE | PO BOX 93348 | | | | MILWAUKEE | WI | 53293-0348 | |
| STATE TAX COMMISSION | PO BOX 23075 | | | | JACKSON | MS | 39225-3075 | |
| STEVE ROBERTS | 15 TAMWOOD COURT | | | | STONEY CREEK | ON | L8J 2L1 | CANADA |
| STEVE SMITH | 225 HARBOR LAKES WY | | | | FAYETTEVILLE | GA | 30215 | |
| TALISA EDWARDS | 3606 59TH ST | | | | LUBBOCK | TX | 79413 | |
| TAXATION & REVENUE | PO BOX25128 | | | | SANTA FE | NM | 87504-5128 | |
| TED SMYKLA | C/O RETAIL SERVICES WIS, CORPORATION | 9265 SKY PARK COURT, SUITE 100 | | | SAN DIEGO | CA | 92123 | |
| TENNESSEE DEPARTMENT OF REVENUE | 500 DEADERICK STREET | | | | NASHVILLE | TN | 37242 | |
| TEXAS SECRETARY OF STATE | PO BOX 13697 | | | | AUSTIN | TX | 78711-3617 | |
| THOMAS A. DEANE | C/O RETAIL SERVICES WIS, CORPORATION | 9265 SKY PARK COURT, SUITE 100 | | | SAN DIEGO | CA | 92123 | |
| THOMAS C. COMPOGIANNIS | C/O RETAIL SERVICES WIS, CORPORATION | 9265 SKY PARK COURT, SUITE 100 | | | SAN DIEGO | CA | 92123 | |
| TODD DALLIMORE | 29 HIGHMORE AVE. | | | | BOLTON | ON | L7E 1V7 | CANADA |
| TODD HENRY | 1618 HYLAND GREENS DR. | | | | GRAPEVINE | TX | 76051 | |
| TODD NEWELL | 205 KINGS HEIGHTS DR. | | | | AIRDRIE | AB | T4A 0E6 | CANADA |
| TODD OBERMAN | 4004 WILLIFORD WY | | | | SPRING HILL | TN | 37174 | |
| TODD T. OBERMAN | C/O RETAIL SERVICES WIS, CORPORATION | 9265 SKY PARK COURT, SUITE 100 | | | SAN DIEGO | CA | 92123 | |
| TOM COMPOGIANNIS | 3465 CORTE CLARITA | | | | CARLSBAD | CA | 92009 | |
| TOM FRAGOMENI | 37 OAKSIDE | | | | BARRIE | ON | L4N 5V5 | CANADA |
| TOM HOPKINS | 86 BALDWIN DR. | | | | CAMBRIDGE | ON | N3C 0B4 | CANADA |
| TOM MANNING | 1840 MCEWEN PLACE | | | | NORTH VANCOUVER | BC | V7J 3P8 | CANADA |
| TREASURER, STATE OF MAINE | PO BOX 9101 | | | | AUGUSTA | ME | 04332-9101 | |
| U.S. BANK TRUST COMPANY | ATTN: CHERYL SEID AND BILL HARTWICK | 77 E. WISCONSIN AVE. | | | MILWAUKEE | WI | 53202 | |
| UTAH DIVISIONS OF CORPORATIONS | PO BOX 146705 | | | | SALT LAKE CITY | UT | 84114-6705 | |
| UTAH STATE TAX COMMISSION | 210 NORTH 1950 WEST | | | | SALT LAKE CITY | UT | 84134-0300 | |
| VERMONT DEPARTMENT OF TAXES | 133 STATE STREET | | | | MONTPELIER | VT | 05633-1401 | |
| VIRGINIA DEPARTMENT OF TAXATION | PO BOX 1500 | | | | RICHMOND | VA | 23218-1500 | |
| WEST VIRGINIA STATE TAX DEPARTMENT | PO BOX 1826 | | | | CHARLESTON | WV | 25327-1826 | |
| WILLIAM D. FLEET | 5201 GALLEON DR NE | | | | TACOMA | WA | 98422 | |
| WISCONSIN DEPARTMENT OF REVENUE | PO BOX 930208 | | | | MILWAUKEE | WI | 53293-0208 | |
| WISCONSIN DEPT OF REVENUE | PO BOX 930208 | | | | MILWAUKEE | WI | 53293-0208 | |
| WYOMING SECRETARY OF STATE | 2020 CAREY AVENUE #700 | | | | CHEYENNE | WY | 82002-0020 | |
| ZURICH NORTH AMERICA | 1299 ZURICH WAY | | | | SCHAUMBURG | IL | 60196 | |

**United States Bankruptcy Court**
**District of Delaware**

In re   WIS Holding Company, Inc.                              Case No.
                                                Debtor(s)      Chapter   11

## VERIFICATION OF CREDITOR MATRIX

I, the ___ of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  July 2, 2018

_____
Timothy J. Bernlohr/Chairman
Signer/Title