## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| WIS HOLDING COMPANY, INC., *et al*., | ) Case No. 18-11579 (CSS) |
|  | ) Jointly Administered |
|  | ) |
| Debtors. | ) |

## SCHEDULES OF ASSETS AND LIABILITIES FOR
## WIS HOLDING COMPANY, INC.
## (18-11579)

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as:  WIS Holding Company, Inc. (2673); WIS Holdings Corp. (4184); Western Inventory Service, Inc. (2867); Washington Inventory Service (1851); WIS International, Inc. (1762); Labor Support International, Inc. (2151); and Service Support International, Inc. (2152). The Debtor's mailing address is 9265 Sky Park Court, Suite 100, San Diego, CA 92123-4312.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| WIS HOLDING COMPANY, INC., *et al*.,[1] | ) | Case No. 18-11579 (CSS) |
|  | ) | Jointly Administered |
| Debtors. | ) |  |
|  | ) |  |

## GLOBAL NOTES AND STATEMENTS OF LIMITATIONS, METHODOLOGY AND DISCLAIMER REGARDING DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

The Schedules of Assets and Liabilities (the "**Schedules**") and Statements of Financial Affairs (the "**Statements**") of the above captioned debtors and debtors in possession (the "**Debtors**"), filed with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") on July 18, 2018, are unaudited and have been prepared pursuant to 11 U.S.C. § 521 and Rule 1007 of the Federal Rules of Bankruptcy Procedure and Rule 1007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware by the Debtors' management with the assistance of its advisors. Although the Debtors' management has made reasonable efforts to ensure that the Statements and Schedules are accurate and complete, based on information that was available at the time of preparation, the Schedules and Statements remain subject to further revision and verification by the Debtors. Subsequent receipt or discovery of information may result in material changes in financial and other data contained in the Schedules and Statements. Moreover, inadvertent errors or omissions may exist. Accordingly, the Debtors reserve the right to amend or supplement the Schedules and Statements from time to time as may be necessary or appropriate. These notes (the "**Global Notes**") are incorporated by reference in, and comprise an integral part of, the Schedules and Statements, and should be referred to and reviewed in connection with any review of the Schedules and Statements.

1.      On July 2, 2018 (the "**Petition Date**"), the Debtors filed their voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "**Bankruptcy Code**"). Except as otherwise noted, all asset and liability information is as near as possible to the Petition Date, unless otherwise indicated. The Debtors continue to operate their business and manage their properties as debtors in possession as authorized by sections 1107(a) and 1108 of the Bankruptcy Code.

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  WIS Holding Company, Inc. (2673); WIS Holdings Corp. (4184); Western Inventory Service, Inc. (2867); Washington Inventory Service (1851); WIS International, Inc. (1762); Labor Support International, Inc. (2151); and Service Support International, Inc. (2152).  The Debtors' mailing address is 9265 Sky Park Court, Suite 100, San Diego, CA 92123-4312.

2.      The Debtors and their officers, agents, and attorneys do not guarantee or warrant the accuracy, completeness or timeliness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused, in whole or in part, by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein.  The Debtors and their officers, agents, and attorneys expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided herein or to notify any third party should the information be updated, modified, revised or re-categorized.  In no event shall the Debtors or their officers, agents, and attorneys be liable to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused.

3.      The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("**GAAP**"), nor are they intended to fully reconcile to any financial statements otherwise prepared and/or distributed by the Debtors.

4.      Based on the information available at the time of preparation, the Debtors' management made every reasonable effort to ensure the Schedules and Statements are as accurate and complete as possible, but inadvertent errors or omissions may have occurred.  Because the Schedules and Statements contain unaudited information, which is subject to further review, verification and potential adjustment, there can be no assurance that these Schedules or Statements are complete.  Subsequent information or discovery may result in material changes to these Schedules or Statements.

5.      Nothing contained in the Global Notes or the Schedules and Statements shall constitute a waiver of any of the Debtors' rights with respect to these chapter 11 cases and specifically with respect to any issues involving substantive consolidation, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets, avoid transfers, or collect money owed.

6.      For the avoidance of doubt, listing a claim on Schedule D as "secured," on Schedule E as "priority," on Schedule F as "unsecured nonpriority," or listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of any claimant, or a waiver of the Debtors' right to recharacterize or reclassify such claim or contract.

7.      Any failure to designate a claim listed on the Debtors' Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent" or "unliquidated" or is not subject to objection.  The Debtors reserve the right to dispute, or to assert setoff rights, counterclaims or defenses to, any claim reflected on its Schedules as to amount, liability or classification, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated."

8.      All amounts shown in the Schedules and Statements are in U.S. Dollars.

IMPAC 5869380v.1

9.      The preparation of the Schedules and Statements required the Debtors to make certain estimates and assumptions that affected the reported amounts of assets and liabilities, the disclosure of contingent assets and liabilities and the reported amounts of revenue and expense. Actual results could differ materially from these estimates.

10.     Wherever possible, amounts owed as of the Petition Date are presented.  Some of the scheduled liabilities are unknown, contingent and/or unliquidated at this time.  In some cases, the amounts are listed as $0.00 or "Unknown." Accordingly, the Schedules and Statements do not accurately reflect the aggregate amount of the Debtors' total liabilities.

11.     Certain of the Schedules and Statements may list creditors and set forth the Debtors' estimate of the claims of creditors as of the Petition Date.  Accordingly, the actual unpaid claims of creditors that may be allowed in these cases may differ from the amounts set forth in the Schedules and Statements.

12.     The Debtors have sought to allocate liabilities between the prepetition and post-petition periods based on the information and research that was conducted in connection with the preparation of the Schedules.  As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and post-petition periods may change.  The Debtors reserve the right to change the allocation of any liability between the prepetition and post-petition periods to the extent additional information becomes available.

13.     Despite reasonable efforts to identify all known assets, the Debtors might not have identified and/or set forth all of its causes of action against third parties as assets in its Schedules and Statements, including, but not limited to, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under relevant non-bankruptcy laws to recover assets.  The Debtors reserve any and all rights with respect to any causes of action it may have, and neither these Global Notes, nor the Schedules shall be deemed a waiver of any such right or cause of action.

14.     All totals that are included in the Schedules represent totals of all the known amounts included in the tables.

15.     In the circumstance where the Schedules and Statements require information regarding insiders and/or officers and directors, the Debtors have attempted to include therein the Debtors' (a) "directors" (or persons in similar positions), and (b) employees that may be, or may have been during the relevant period, "officers," as such term is defined by applicable law.  The listing of a party as an insider is not intended to be, nor should it be, construed as a legal characterization of such party as an insider and does not act as an admission of any fact, claim, right, or defense, and all such rights, claims, and defenses are hereby expressly reserved.  Certain employees have been included in this disclosure for informational purposes only and should not be deemed to be "insiders" in terms of control of the Debtors, management responsibilities or functions, decision-making or corporate authority and/or as otherwise defined by applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

16.     These Global Notes are in addition to the specific notes set forth in the individual Schedules and Statements.  Disclosure of information in one Schedule, Statements, exhibit, or continuation sheet, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, Statements, exhibit or continuation sheet.

17.     The Debtors specifically reserve the right to amend, modify, supply, correct, change or alter any part of the Schedules and Statements as and to the extent necessary or as they deem appropriate.

18.     In the event that the specific notations on the Schedules and Statements conflict or contradict these Global Notes, these Global Notes shall control.

19.     The Schedules, Statements, and these Global Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of the Debtors.

### **Specific Notes**

20.     <u>Schedule B</u>:  It would be unduly burdensome and an inefficient use of estate assets and other resources for the Debtors to obtain current market valuations of all of their assets listed in Schedule B.  Accordingly, unless otherwise indicated, net book values are reflected on the Debtors' Schedules and Statements as of the Petition Date.  These amounts may materially vary from current fair market value.  The values set forth in Schedule B are as of or as near as possible to the Petition Date.  Additionally, the amounts in the Debtors' accounts in item 3 are as of the Petition Date.

21.     <u>Schedule D</u>:  Although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature or amount of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim.  The descriptions provided on Schedule D are intended only to be a summary.   Reference to the applicable agreements and other related relevant documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens.  Nothing in these Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

     a.     The Debtors have not included on Schedule D all parties that may believe their claims are secured through setoff rights, deposits posted by, or on behalf of, the Debtors, or inchoate statutory lien rights.

     b.     In certain instances, the Debtors may be a co-obligor, co-mortgager or guarantor with respect to scheduled claims of the Debtors and their affiliates, and no claim scheduled on Schedule D is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities.

22.     <u>Disputed, Contingent and/or Unliquidated Claims</u>:  Schedules D, E and F permit each of the Debtors to designate a claim as disputed, contingent, and/or unliquidated.  A failure to

designate a claim on any of these schedules as disputed, contingent, and/or unliquidated does not constitute an admission that such claim is not subject to objection. The Debtors reserve the right to dispute, or assert offsets or defenses to any claim reflected on these Schedules as to nature, amount, liability, or status or to otherwise designate any claim as disputed, contingent or unliquidated.

23.  Schedule E/F:  The Debtors have listed the best estimate of all the claims against the Debtors' estates held by governmental and quasi-governmental entities. The Debtors have not determined whether, and to what extent, any of the creditors identified on Schedule E/F are entitled to priority under Section 507 of the Bankruptcy Code. The Debtors reserve the right to assert that claims identified on Schedule E are not claims of governmental entities and/or those claims are not entitled to priority.

24.  Schedule G:  Certain information, such as contact information of the counter-party, may not be included where such information could not be obtained using the Debtors' reasonable efforts. Listing or omitting a contract or agreement on Schedule G does not constitute an admission that such contract or unexpired lease was in effect on the Petition Date or is valid or enforceable. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G.

25.  Schedule H:  Schedule H reflects guarantees or other obligations by various of the Debtors' affiliates of obligations primarily vested in other related affiliates. The Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements. The Debtors reserve their rights to amend the Schedules to the extent that additional guarantees are identified or such guarantees are discovered to have expired or to be unenforceable.

26.  Statement 7:  Information provided in Statement 7 may not include every administrative agency proceeding open or closed during the relevant time period, as certain agency proceedings are quickly dismissed or settled for a nominal sum. Additionally, any information contained in Statement 7 shall not be a binding representation of the Debtors' liabilities with respect to any of the suits and proceedings identified therein.

27.  Statement 26d:  The Debtors have provided financial statements in the ordinary course of their businesses to numerous financial institutions, creditors, and other parties within two years immediately before the Petition Date. Considering the number of such recipients and the possibility that such information may have been shared with parties without the Debtors' knowledge or consent or subject to confidentiality agreements, the Debtors may not have disclosed all parties that may have received such financial statements for the purposes of Statement 26d except for secured lenders and certain banks.

***END OF GLOBAL NOTES***

**SCHEDULES AND STATEMENTS BEGIN ON THE FOLLOWING PAGE**

IMPAC 5869380v.1

**Fill in this information to identify the case:**

Debtor name: WIS Holding Company, Inc.

United States Bankruptcy for the District of: Delaware

Case number (if known): 18-11579

Check if this is
an amended
filing ☐

## Summary of Assets

**1. Schedule A/B: Assets - Real and Personal Property** (Official Form 206A/B)

1a. **Real property:**
   Copy line 88 from Schedule A/B

$ 0.00

1b. **Total personal property:**
   Copy line 91A from Schedule A/B

$ 0.00

1c. **Total of all property:**
   Copy line 92 from Schedule A/B

$ 0.00

## Summary of Liabilities

**2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D

$ 0.00

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F

$ UNKNOWN

3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F

$ 123,948,666.16

**4. Total Liabilities**
Lines 2 + 3a + 3b

$ 123,948,666.16

**Fill in this information to identify the case:**

Debtor name: WIS Holding Company, Inc.

United States Bankruptcy for the District of: Delaware

Case number (if known): 18-11579

☐ Check if this is an amended filing

Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and Cash Equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

⦿ No. Go to Part 2.

◯ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

**2. Cash on hand**

2.1 _____  $ _____

**3. Checking, savings, money market, or financial brokerage accounts (identify all)**

Name of institution (bank or brokerage firm)        Type of account        Last 4 digits of account #

3.1 _____  _____  _____  $ _____

**4. Other cash equivalents *(identify all)***

4.1 _____  $ _____

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$ 0.00

**Part 2:** Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

○ No. Go to Part 3.

○ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**7. Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1 _____   $ _____

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

8.1 _____   $ _____

**9. Total of Part 2**
Add lines 7 through 8. Copy the total to line 81.

$ 0.00

**Part 3:** **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

○ No. Go to Part 4.

○ Yes. Fill in the information below.

Current value of debtor's interest

**11. Accounts receivable**

11a.  90 days old or less:

_____ - _____ = ........ ➔  $ _____

face amount          doubtful or uncollectible accounts

11b.  Over 90 days old:

_____ - _____ = ........ ➔  $ _____

face amount          doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$ 0.00

**Part 4:** **Investments**

**13. Does the debtor own any investments?**

○ No. Go to Part 5.

◉ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14. Mutual funds or publicly traded stocks not included in Part 1** Name of fund or stock: | | |
| 14.1 _____ | _____ | $ _____ |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| Name of entity: | % of ownership: | | | |
|---|---|---|---|---|
| 15.1  WIS HOLDINGS CORP. | 100 | % | N/A | $ UNKNOWN |
| 15.2  WESTERN INVENTORY SERVICE, INC. | 100 | % | N/A | $ UNKNOWN |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Decribe:

| 16.1 _____ | _____ | $ _____ |
|---|---|---|

**17. Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.

$ UNKNOWN

**Part 5:** **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☉ No. Go to Part 6.

○ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | _____ | $ _____ | _____ | $ _____ |
| **20. Work in progress** | | | | |
| _____ | _____ | $ _____ | _____ | $ _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | _____ | $ _____ | _____ | $ _____ |
| **22. Other inventory or supplies** | | | | |
| _____ | _____ | $ _____ | _____ | $ _____ |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 0.00

**24. Is any of the property listed in Part 5 perishable?**

☉ No

○ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☉ No

○ Yes    Book value  $ _____    Valuation method  _____    Current value  $ _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☉ No

○ Yes

**Part 6:** **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

○ No. Go to Part 7.

○ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **29. Farm animals Examples: Livestock, poultry, farm-raised fish** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **30. Farm machinery and equipment (Other than titled motor vehicles)** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $ _____ | _____ | $ _____ |

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

$ 0.00

**34. Is the debtor a member of an agricultural cooperative?**

○ No

○ Yes. Is any of the debtor's property stored at the cooperative?

    ○ No

    ○ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

○ No

○ Yes  Book value  $ _____  Valuation method _____  Current value  $ _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

◉ No

◯ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

◉ No

◯ Yes

**Part 7:**  **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ◉ No. Go to Part 8.
- ○ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1 _____ | $ _____ | _____ | $ _____ |
| **40. Office fixtures** | | | |
| 40.1 _____ | $ _____ | _____ | $ _____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 _____ | $ _____ | _____ | $ _____ |
| **42. Collectibles** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $ _____ | _____ | $ _____ |

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

$ 0.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

- ◉ No
- ○ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

- ◉ No
- ○ Yes

**Part 8:** Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

⦿ No. Go to Part 9.

◯ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

47.1 _____ $ _____ _____ $ _____

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1 _____ $ _____ _____ $ _____

**49. Aircraft and accessories**

49.1 _____ $ _____ _____ $ _____

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

50.1 _____ $ _____ _____ $ _____

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 0.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

⦿ No

◯ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

⦿ No

◯ Yes

**Part 9:   Real Property**

**54. Does the debtor own or lease any real property?**

○ No. Go to Part 10.

○ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | $ _____ | _____ | $ _____ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

○ No

○ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

○ No

○ Yes

**Part 10:**  Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

  ◉ No. Go to Part 11.

  ○ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 _____ | $ _____ | _____ | $ _____ |
| **61. Internet domain names and websites** | | | |
| 61.1 _____ | $ _____ | _____ | $ _____ |
| **62. Licenses, franchises, and royalties** | | | |
| 62.1 _____ | $ _____ | _____ | $ _____ |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| 63.1 _____ | $ _____ | _____ | $ _____ |
| **64. Other intangibles, or intellectual property** | | | |
| 64.1 _____ | $ _____ | _____ | $ _____ |
| **65. Goodwill** | | | |
| 65.1 _____ | $ _____ | _____ | $ _____ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

  ◉ No

  ○ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

  ◉ No

  ○ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

  ◉ No

  ○ Yes

**Part 11:** **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

◉ No. Go to Part 11.

○ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**71. Notes receivable**
Description (include name of obligor)

71.1 _____  _____  -  _____  =  ➡  $ _____

total face amount          doubtful or
                           uncollectible
                           amount

**72. Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

72.1 _____  Tax year _____  $ _____

**73. Interests in insurance policies or annuities**

73.1 _____  $ _____

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1 _____  $ _____

**Nature of Claim** _____

**Amount requested** $ _____

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1 _____  $ _____

**Nature of Claim** _____

**Amount requested** $ _____

**76. Trusts, equitable or future interests in property**

76.1 _____  $ _____

**77. Other property of any kind not already listed** Examples: Season tickets, country club membership

77.1  $ _____

**78. Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.  $ 0.00

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

◉ No

◯ Yes

**Part 12:** **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $ 0.00 | |
| **81. Deposits and prepayments.** Copy line 9, Part 2. | $ 0.00 | |
| **82. Accounts receivable.** Copy line 12, Part 3. | $ 0.00 | |
| **83. Investments.** Copy line 17, Part 4. | $ UNKNOWN | |
| **84. Inventory.** Copy line 23, Part 5. | $ 0.00 | |
| **85. Farming and fishing-related assets.** Copy line 33, Part 6. | $ 0.00 | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $ 0.00 | |
| **87. Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $ 0.00 | |
| **88. Real property.** Copy line 56, Part 9. | ➔ | $ 0.00 |
| **89. Intangibles and intellectual property..** Copy line 66, Part 10. | $ 0.00 | |
| **90. All other assets.** Copy line 78, Part 11. | $ 0.00 | |

**91. Total. Add lines 80 through 90 for each column** 91a. $ 0.00 **+** 91b. $ 0.00

**92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92.

$ 0.00

**Fill in this information to identify the case:**

Debtor name: WIS Holding Company, Inc.

United States Bankruptcy for the District of: Delaware

Case number (if known): 18-11579

Check if this is
an amended
filing ☐

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

Be as complete and accurate as possible.

**Part 2:** List Others to Be Notified for a Debt That You Already Listed

**1. Do any creditors have claims secured by debtor's property?**

○ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

◉ Yes. Fill in all of the information below.

**2. List creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | *Column A*<br>Amount of Claim<br>Do not deduct the value of collateral. | *Column B*<br>Value of collateral that supports this claim |
|---|---|---|
| | $ 0.00 | $ 0.00 |

2.1

Creditor's name and mailing address
RETAIL SERVICES WIS CORPORATION 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123

Date debt was incurred?
12/20/2012

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

◉ No

○ Yes. Specify each creditor, including this creditor, and its relative priority.

Describe debtor's property that is subject to the lien:

Describe the lien
SECOND LIEN AGREEMENT

Is the creditor an insider or related party?

◉ No

○ Yes

Is anyone else liable on this claim?

○ No

◉ Yes Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$ 0.00

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td colspan="2">Debtor name: WIS Holding Company, Inc.</td></tr>
<tr><td colspan="2">United States Bankruptcy for the District of: Delaware</td></tr>
<tr><td colspan="2">Case number (if known): 18-11579</td></tr>
</table>

Check if this is an amended filing ☐

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).**

○ No. Go to Part 2.

◉ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | $ UNKNOWN | $ UNKNOWN |

ALASKA DEPARTMENT OF REVENUE, PO BOX 110420, JUNEAU, AK 99811-0420

Date or dates debt was incurred

_____

Last 4 digits of account number

_____

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) (  8  )

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim: TAXES OR PENALTIES OWED TO GOVERNMENTAL UNITS

Is the claim subject to offset?

◉ No

○ Yes

2.2 Priority creditor's name and mailing address

ARIZONA DEPARTMENT OF REVENUE, PO BOX 29085, PHOENIX, AZ 85038-9085

Date or dates debt was incurred

_____

Last 4 digits of account number

_____

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) ( __8__ )

As of the petition filing date, the claim is:                    $ UNKNOWN          $ UNKNOWN

Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
TAXES OR PENALTIES OWED TO GOVERNMENTAL UNITS

Is the claim subject to offset?

◉ No

○ Yes

---

2.3 Priority creditor's name and mailing address

DEPARTMENT OF REVENUE, PO BOX 8021, HELENA, MT 59604-8021

Date or dates debt was incurred

_____

Last 4 digits of account number

_____

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) ( __8__ )

As of the petition filing date, the claim is:                    $ UNKNOWN          $ UNKNOWN

Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
TAXES OR PENALTIES OWED TO GOVERNMENTAL UNITS

Is the claim subject to offset?

◉ No

○ Yes

---

2.4 Priority creditor's name and mailing address

FRANCHISE TAX BOARD, PO BOX 942857, SACRAMENTO, CA 94257-0501

Date or dates debt was incurred

_____

Last 4 digits of account number

_____

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) ( __8__ )

As of the petition filing date, the claim is:                    $ UNKNOWN          $ UNKNOWN

Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
TAXES OR PENALTIES OWED TO GOVERNMENTAL UNITS

Is the claim subject to offset?

◉ No

○ Yes

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $ UNKNOWN | $ UNKNOWN |

HAWAII DEPT OF TAXATION, PO BOX 1730, HONOLULU, HI 96806-1730

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) (  8  )

Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
TAXES OR PENALTIES OWED TO GOVERNMENTAL UNITS

Is the claim subject to offset?

◉ No

◯ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $ UNKNOWN | $ UNKNOWN |

IDAHO STATE TAX COMMISSION, PO BOX 56, BOISE, ID 83756-0056

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) (  8  )

Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
TAXES OR PENALTIES OWED TO GOVERNMENTAL UNITS

Is the claim subject to offset?

◉ No

◯ Yes

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $ UNKNOWN | $ UNKNOWN |

ILLINOIS DEPARTMENT OF REVENUE, PO BOX 19035, SPRINGFIELD, IL 62794-9035

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) (  8  )

Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
TAXES OR PENALTIES OWED TO GOVERNMENTAL UNITS

Is the claim subject to offset?

◉ No

◯ Yes

2.8 Priority creditor's name and mailing address

INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA 19101

Date or dates debt was incurred

_____

Last 4 digits of account number

_____

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) (   8   )

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
TAXES OR PENALTIES OWED TO GOVERNMENTAL UNITS

Is the claim subject to offset?

◉ No
○ Yes

$ UNKNOWN     $ UNKNOWN

---

2.9 Priority creditor's name and mailing address

KANSAS CORPORATE TAX, 915 SW HARRISON ST, TOPEKA, KS 66625-2000

Date or dates debt was incurred

_____

Last 4 digits of account number

_____

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) (   8   )

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
TAXES OR PENALTIES OWED TO GOVERNMENTAL UNITS

Is the claim subject to offset?

◉ No
○ Yes

$ UNKNOWN     $ UNKNOWN

---

2.10 Priority creditor's name and mailing address

MICHIGAN DEPARTMENT OF TREASURY, PO BOX 30059, LANSING, MI 48909

Date or dates debt was incurred

_____

Last 4 digits of account number

_____

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) (   8   )

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
TAXES OR PENALTIES OWED TO GOVERNMENTAL UNITS

Is the claim subject to offset?

◉ No
○ Yes

$ UNKNOWN     $ UNKNOWN

2.11 Priority creditor's name and mailing address

MINNESOTA REVENUE, MAIL STATION 1260, ST. PAUL, MN 55145-1260

Date or dates debt was incurred

_____

Last 4 digits of account number

_____

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) ( ___8___ )

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
TAXES OR PENALTIES OWED TO GOVERNMENTAL UNITS

Is the claim subject to offset?

◉ No

○ Yes

$ UNKNOWN          $ UNKNOWN

---

2.12 Priority creditor's name and mailing address

NEBRASKA DEPARTMENT OF REVENUE, PO BOX 94818, LINCOLN, NE 68509-4818

Date or dates debt was incurred

_____

Last 4 digits of account number

_____

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) ( ___8___ )

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
TAXES OR PENALTIES OWED TO GOVERNMENTAL UNITS

Is the claim subject to offset?

◉ No

○ Yes

$ UNKNOWN          $ UNKNOWN

---

2.13 Priority creditor's name and mailing address

NEVADA DEPT OF TAXATION, PO BOX 7165, SAN FRANCISCO, CA 94120-7165

Date or dates debt was incurred

_____

Last 4 digits of account number

_____

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) ( ___8___ )

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
TAXES OR PENALTIES OWED TO GOVERNMENTAL UNITS

Is the claim subject to offset?

◉ No

○ Yes

$ UNKNOWN          $ UNKNOWN

2.14  Priority creditor's name and mailing address

NEW HAMPSHIRE SECRETARY OF STATE, 107 N MAIN ST, ROOM 204, CONCORD, NH 03301

Date or dates debt was incurred

_____

Last 4 digits of account number

_____

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) (____8____)

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
TAXES OR PENALTIES OWED TO GOVERNMENTAL UNITS

Is the claim subject to offset?

◉ No

○ Yes

$ UNKNOWN          $ UNKNOWN

---

2.15  Priority creditor's name and mailing address

OREGON DEPARTMENT OF REVENUE, PO BOX 14780, SALEM, OR 97309-0469

Date or dates debt was incurred

_____

Last 4 digits of account number

_____

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) (____8____)

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
TAXES OR PENALTIES OWED TO GOVERNMENTAL UNITS

Is the claim subject to offset?

◉ No

○ Yes

$ UNKNOWN          $ UNKNOWN

---

2.16  Priority creditor's name and mailing address

SECRETARY OF THE COMMONWEALTH, ONE ASHBURTON PL, BOSTON, MA 02108-1512

Date or dates debt was incurred

_____

Last 4 digits of account number

_____

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) (____8____)

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
TAXES OR PENALTIES OWED TO GOVERNMENTAL UNITS

Is the claim subject to offset?

◉ No

○ Yes

$ UNKNOWN          $ UNKNOWN

2.17 Priority creditor's name and mailing address

UTAH STATE TAX COMMISSION, 210 NORTH 1950 WEST, SALT LAKE CITY, UT 84134-0300

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
TAXES OR PENALTIES OWED TO GOVERNMENTAL UNITS

Is the claim subject to offset?

◉ No

○ Yes

$ UNKNOWN        $ UNKNOWN

2.18 Priority creditor's name and mailing address

WEST VIRGINIA STATE TAX DEPARTMENT, PO BOX 1826, CHARLESTON, WV 25327-1826

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
TAXES OR PENALTIES OWED TO GOVERNMENTAL UNITS

Is the claim subject to offset?

◉ No

○ Yes

$ UNKNOWN        $ UNKNOWN

2.19 Priority creditor's name and mailing address

WISCONSIN DEPARTMENT OF REVENUE, PO BOX 930208, MILWAUKEE, WI 53293-0208

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
TAXES OR PENALTIES OWED TO GOVERNMENTAL UNITS

Is the claim subject to offset?

◉ No

○ Yes

$ UNKNOWN        $ UNKNOWN

## Part 2: List All Creditors with NONPRIORITY Unsecured Claim

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

3.1 Nonpriority creditor's name and mailing address
RETAIL SERVICES WIS CORPORATION 9265 SKY PARK
COURT, SUITE 100, SAN DIEGO, CA 92123

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
SECOND LIEN AGREEMENT

Is the claim subject to offset?
◉ No
○ Yes

$ 123,948,666.16

## Part 3: List Others to BE Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.
**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. | Line | |

☐ Not listed. Explain

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ UNKNOWN |
| 5b. Total claims from Part 2 | 5b. ✚ | $ 123,948,666.16 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ 123,948,666.16 |

**Fill in this information to identify the case:**

Debtor name: WIS Holding Company, Inc.

United States Bankruptcy for the District of: Delaware

Case number (if known): 18-11579

Check if this is
an amended
filing

☐

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**Schedule G:** **Executory Contracts and Unexpired Leases**

**1. Does the debtor have any executory contracts or unexpired leases?**

◉ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

◯ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.1   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Fill in this information to identify the case:**

Debtor name: WIS Holding Company, Inc.

United States Bankruptcy for the District of: Delaware

Case number (if known): 18-11579

Check if this is an amended filing ☐

## Official Form 206H

## Schedule H: Codebtors

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**Schedule H:** Your Codebtors

**1. Do you have any codebtors?**

○ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

⦿ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor Check all schedules that apply: | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 WIS HOLDINGS CORP. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | ALASKA DEPARTMENT OF REVENUE | ☐ D  ☑ E/F  ☐ G |
| 2.2 WIS HOLDINGS CORP. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | ARIZONA DEPARTMENT OF REVENUE | ☐ D  ☑ E/F  ☐ G |
| 2.3 WIS HOLDINGS CORP. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | FRANCHISE TAX BOARD | ☐ D  ☑ E/F  ☐ G |
| 2.4 WIS HOLDINGS CORP. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | HAWAII DEPT OF TAXATION | ☐ D  ☑ E/F  ☐ G |

2.5 WIS HOLDINGS CORP. — 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 — IDAHO STATE TAX COMMISSION
- ☐ D
- ☑ E/F
- ☐ G

2.6 WIS HOLDINGS CORP. — 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 — ILLINOIS DEPARTMENT OF REVENUE
- ☐ D
- ☑ E/F
- ☐ G

2.7 WIS HOLDINGS CORP. — 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 — KANSAS CORPORATE TAX
- ☐ D
- ☑ E/F
- ☐ G

2.8 WIS HOLDINGS CORP. — 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 — SECRETARY OF THE COMMONWEALTH
- ☐ D
- ☑ E/F
- ☐ G

2.9 WIS HOLDINGS CORP. — 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 — MICHIGAN DEPARTMENT OF TREASURY
- ☐ D
- ☑ E/F
- ☐ G

2.10 WIS HOLDINGS CORP. — 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 — MINNESOTA REVENUE
- ☐ D
- ☑ E/F
- ☐ G

2.11 WIS HOLDINGS CORP. — 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 — DEPARTMENT OF REVENUE
- ☐ D
- ☑ E/F
- ☐ G

2.12 WIS HOLDINGS CORP. — 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 — NEBRASKA DEPARTMENT OF REVENUE
- ☐ D
- ☑ E/F
- ☐ G

2.13 WIS HOLDINGS CORP. — 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 — NEVADA DEPT OF TAXATION
- ☐ D
- ☑ E/F
- ☐ G

2.14 WIS HOLDINGS CORP. — 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 — NEW HAMPSHIRE SECRETARY OF STATE
- ☐ D
- ☑ E/F
- ☐ G

| 2.15 | WIS HOLDINGS CORP. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | OREGON DEPARTMENT OF REVENUE | ☐ D ☑ E/F ☐ G |
| 2.16 | WIS HOLDINGS CORP. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | UTAH STATE TAX COMMISSION | ☐ D ☑ E/F ☐ G |
| 2.17 | WIS HOLDINGS CORP. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | WEST VIRGINIA STATE TAX DEPARTMENT | ☐ D ☑ E/F ☐ G |
| 2.18 | WIS HOLDINGS CORP. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | WISCONSIN DEPARTMENT OF REVENUE | ☐ D ☑ E/F ☐ G |
| 2.19 | WIS HOLDINGS CORP. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | INTERNAL REVENUE SERVICE | ☐ D ☑ E/F ☐ G |
| 2.20 | WIS HOLDINGS CORP. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | RETAIL SERVICES WIS CORPORATION | ☑ D ☑ E/F ☐ G |
| 2.21 | WASHINGTON INVENTORY SERVICE | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | ALASKA DEPARTMENT OF REVENUE | ☐ D ☑ E/F ☐ G |
| 2.22 | WASHINGTON INVENTORY SERVICE | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | ARIZONA DEPARTMENT OF REVENUE | ☐ D ☑ E/F ☐ G |
| 2.23 | WASHINGTON INVENTORY SERVICE | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | FRANCHISE TAX BOARD | ☐ D ☑ E/F ☐ G |
| 2.24 | WASHINGTON INVENTORY SERVICE | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | HAWAII DEPT OF TAXATION | ☐ D ☑ E/F ☐ G |

| 2.25 WASHINGTON INVENTORY SERVICE | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | IDAHO STATE TAX COMMISSION | ☐ D ☑ E/F ☐ G |
| 2.26 WASHINGTON INVENTORY SERVICE | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | ILLINOIS DEPARTMENT OF REVENUE | ☐ D ☑ E/F ☐ G |
| 2.27 WASHINGTON INVENTORY SERVICE | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | KANSAS CORPORATE TAX | ☐ D ☑ E/F ☐ G |
| 2.28 WASHINGTON INVENTORY SERVICE | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | SECRETARY OF THE COMMONWEALTH | ☐ D ☑ E/F ☐ G |
| 2.29 WASHINGTON INVENTORY SERVICE | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | MICHIGAN DEPARTMENT OF TREASURY | ☐ D ☑ E/F ☐ G |
| 2.30 WASHINGTON INVENTORY SERVICE | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | MINNESOTA REVENUE | ☐ D ☑ E/F ☐ G |
| 2.31 WASHINGTON INVENTORY SERVICE | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | DEPARTMENT OF REVENUE | ☐ D ☑ E/F ☐ G |
| 2.32 WASHINGTON INVENTORY SERVICE | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | NEBRASKA DEPARTMENT OF REVENUE | ☐ D ☑ E/F ☐ G |
| 2.33 WASHINGTON INVENTORY SERVICE | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | NEVADA DEPT OF TAXATION | ☐ D ☑ E/F ☐ G |
| 2.34 WASHINGTON INVENTORY SERVICE | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | NEW HAMPSHIRE SECRETARY OF STATE | ☐ D ☑ E/F ☐ G |

| 2.35 | WASHINGTON INVENTORY SERVICE | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | OREGON DEPARTMENT OF REVENUE | ☐ D ☑ E/F ☐ G |
| 2.36 | WASHINGTON INVENTORY SERVICE | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | UTAH STATE TAX COMMISSION | ☐ D ☑ E/F ☐ G |
| 2.37 | WASHINGTON INVENTORY SERVICE | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | WEST VIRGINIA STATE TAX DEPARTMENT | ☐ D ☑ E/F ☐ G |
| 2.38 | WASHINGTON INVENTORY SERVICE | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | WISCONSIN DEPARTMENT OF REVENUE | ☐ D ☑ E/F ☐ G |
| 2.39 | WASHINGTON INVENTORY SERVICE | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | INTERNAL REVENUE SERVICE | ☐ D ☑ E/F ☐ G |
| 2.40 | WASHINGTON INVENTORY SERVICE | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | RETAIL SERVICES WIS CORPORATION | ☑ D ☑ E/F ☐ G |
| 2.41 | WESTERN INVENTORY SERVICE, INC. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | ALASKA DEPARTMENT OF REVENUE | ☐ D ☑ E/F ☐ G |
| 2.42 | WESTERN INVENTORY SERVICE, INC. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | ARIZONA DEPARTMENT OF REVENUE | ☐ D ☑ E/F ☐ G |
| 2.43 | WESTERN INVENTORY SERVICE, INC. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | FRANCHISE TAX BOARD | ☐ D ☑ E/F ☐ G |
| 2.44 | WESTERN INVENTORY SERVICE, INC. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | HAWAII DEPT OF TAXATION | ☐ D ☑ E/F ☐ G |

| 2.45 | WESTERN INVENTORY SERVICE, INC. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | IDAHO STATE TAX COMMISSION | ☐ D ☑ E/F ☐ G |
|------|---------|---------|---------|-----|
| 2.46 | WESTERN INVENTORY SERVICE, INC. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | ILLINOIS DEPARTMENT OF REVENUE | ☐ D ☑ E/F ☐ G |
| 2.47 | WESTERN INVENTORY SERVICE, INC. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | KANSAS CORPORATE TAX | ☐ D ☑ E/F ☐ G |
| 2.48 | WESTERN INVENTORY SERVICE, INC. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | SECRETARY OF THE COMMONWEALTH | ☐ D ☑ E/F ☐ G |
| 2.49 | WESTERN INVENTORY SERVICE, INC. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | MICHIGAN DEPARTMENT OF TREASURY | ☐ D ☑ E/F ☐ G |
| 2.50 | WESTERN INVENTORY SERVICE, INC. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | MINNESOTA REVENUE | ☐ D ☑ E/F ☐ G |
| 2.51 | WESTERN INVENTORY SERVICE, INC. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | DEPARTMENT OF REVENUE | ☐ D ☑ E/F ☐ G |
| 2.52 | WESTERN INVENTORY SERVICE, INC. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | NEBRASKA DEPARTMENT OF REVENUE | ☐ D ☑ E/F ☐ G |
| 2.53 | WESTERN INVENTORY SERVICE, INC. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | NEVADA DEPT OF TAXATION | ☐ D ☑ E/F ☐ G |
| 2.54 | WESTERN INVENTORY SERVICE, INC. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | NEW HAMPSHIRE SECRETARY OF STATE | ☐ D ☑ E/F ☐ G |

| | | | |
|---|---|---|---|
| 2.55 WESTERN INVENTORY SERVICE, INC. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | OREGON DEPARTMENT OF REVENUE | ☐ D<br>☑ E/F<br>☐ G |
| 2.56 WESTERN INVENTORY SERVICE, INC. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | UTAH STATE TAX COMMISSION | ☐ D<br>☑ E/F<br>☐ G |
| 2.57 WESTERN INVENTORY SERVICE, INC. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | WEST VIRGINIA STATE TAX DEPARTMENT | ☐ D<br>☑ E/F<br>☐ G |
| 2.58 WESTERN INVENTORY SERVICE, INC. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | WISCONSIN DEPARTMENT OF REVENUE | ☐ D<br>☑ E/F<br>☐ G |
| 2.59 WESTERN INVENTORY SERVICE, INC. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | INTERNAL REVENUE SERVICE | ☐ D<br>☑ E/F<br>☐ G |
| 2.60 WIS INTERNATIONAL, INC. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | ALASKA DEPARTMENT OF REVENUE | ☐ D<br>☑ E/F<br>☐ G |
| 2.61 WIS INTERNATIONAL, INC. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | ARIZONA DEPARTMENT OF REVENUE | ☐ D<br>☑ E/F<br>☐ G |
| 2.62 WIS INTERNATIONAL, INC. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | FRANCHISE TAX BOARD | ☐ D<br>☑ E/F<br>☐ G |
| 2.63 WIS INTERNATIONAL, INC. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | HAWAII DEPT OF TAXATION | ☐ D<br>☑ E/F<br>☐ G |
| 2.64 WIS INTERNATIONAL, INC. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | IDAHO STATE TAX COMMISSION | ☐ D<br>☑ E/F<br>☐ G |

2.65 WIS INTERNATIONAL, INC.
9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123
ILLINOIS DEPARTMENT OF REVENUE
☐ D
☑ E/F
☐ G

2.66 WIS INTERNATIONAL, INC.
9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123
KANSAS CORPORATE TAX
☐ D
☑ E/F
☐ G

2.67 WIS INTERNATIONAL, INC.
9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123
SECRETARY OF THE COMMONWEALTH
☐ D
☑ E/F
☐ G

2.68 WIS INTERNATIONAL, INC.
9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123
MICHIGAN DEPARTMENT OF TREASURY
☐ D
☑ E/F
☐ G

2.69 WIS INTERNATIONAL, INC.
9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123
MINNESOTA REVENUE
☐ D
☑ E/F
☐ G

2.70 WIS INTERNATIONAL, INC.
9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123
DEPARTMENT OF REVENUE
☐ D
☑ E/F
☐ G

2.71 WIS INTERNATIONAL, INC.
9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123
NEBRASKA DEPARTMENT OF REVENUE
☐ D
☑ E/F
☐ G

2.72 WIS INTERNATIONAL, INC.
9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123
NEVADA DEPT OF TAXATION
☐ D
☑ E/F
☐ G

2.73 WIS INTERNATIONAL, INC.
9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123
NEW HAMPSHIRE SECRETARY OF STATE
☐ D
☑ E/F
☐ G

2.74 WIS INTERNATIONAL, INC.
9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123
OREGON DEPARTMENT OF REVENUE
☐ D
☑ E/F
☐ G

| | | | |
|---|---|---|---|
| 2.75 WIS INTERNATIONAL, INC. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | UTAH STATE TAX COMMISSION | ☐ D ☑ E/F ☐ G |
| 2.76 WIS INTERNATIONAL, INC. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | WEST VIRGINIA STATE TAX DEPARTMENT | ☐ D ☑ E/F ☐ G |
| 2.77 WIS INTERNATIONAL, INC. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | WISCONSIN DEPARTMENT OF REVENUE | ☐ D ☑ E/F ☐ G |
| 2.78 WIS INTERNATIONAL, INC. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | INTERNAL REVENUE SERVICE | ☐ D ☑ E/F ☐ G |
| 2.79 WIS INTERNATIONAL, INC. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | RETAIL SERVICES WIS CORPORATION | ☑ D ☑ E/F ☐ G |
| 2.80 SERVICE SUPPORT INTERNATIONAL, INC. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | ALASKA DEPARTMENT OF REVENUE | ☐ D ☑ E/F ☐ G |
| 2.81 SERVICE SUPPORT INTERNATIONAL, INC. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | ARIZONA DEPARTMENT OF REVENUE | ☐ D ☑ E/F ☐ G |
| 2.82 SERVICE SUPPORT INTERNATIONAL, INC. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | FRANCHISE TAX BOARD | ☐ D ☑ E/F ☐ G |
| 2.83 SERVICE SUPPORT INTERNATIONAL, INC. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | HAWAII DEPT OF TAXATION | ☐ D ☑ E/F ☐ G |
| 2.84 SERVICE SUPPORT INTERNATIONAL, INC. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | IDAHO STATE TAX COMMISSION | ☐ D ☑ E/F ☐ G |

| 2.85 SERVICE SUPPORT INTERNATIONAL, INC. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | ILLINOIS DEPARTMENT OF REVENUE | ☐ D ☑ E/F ☐ G |
| 2.86 SERVICE SUPPORT INTERNATIONAL, INC. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | KANSAS CORPORATE TAX | ☐ D ☑ E/F ☐ G |
| 2.87 SERVICE SUPPORT INTERNATIONAL, INC. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | SECRETARY OF THE COMMONWEALTH | ☐ D ☑ E/F ☐ G |
| 2.88 SERVICE SUPPORT INTERNATIONAL, INC. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | MICHIGAN DEPARTMENT OF TREASURY | ☐ D ☑ E/F ☐ G |
| 2.89 SERVICE SUPPORT INTERNATIONAL, INC. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | MINNESOTA REVENUE | ☐ D ☑ E/F ☐ G |
| 2.90 SERVICE SUPPORT INTERNATIONAL, INC. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | DEPARTMENT OF REVENUE | ☐ D ☑ E/F ☐ G |
| 2.91 SERVICE SUPPORT INTERNATIONAL, INC. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | NEBRASKA DEPARTMENT OF REVENUE | ☐ D ☑ E/F ☐ G |
| 2.92 SERVICE SUPPORT INTERNATIONAL, INC. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | NEVADA DEPT OF TAXATION | ☐ D ☑ E/F ☐ G |
| 2.93 SERVICE SUPPORT INTERNATIONAL, INC. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | NEW HAMPSHIRE SECRETARY OF STATE | ☐ D ☑ E/F ☐ G |
| 2.94 SERVICE SUPPORT INTERNATIONAL, INC. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | OREGON DEPARTMENT OF REVENUE | ☐ D ☑ E/F ☐ G |

| 2.95 SERVICE SUPPORT INTERNATIONAL, INC. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | UTAH STATE TAX COMMISSION | ☐ D ☑ E/F ☐ G |
|---|---|---|---|
| 2.96 SERVICE SUPPORT INTERNATIONAL, INC. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | WEST VIRGINIA STATE TAX DEPARTMENT | ☐ D ☑ E/F ☐ G |
| 2.97 SERVICE SUPPORT INTERNATIONAL, INC. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | WISCONSIN DEPARTMENT OF REVENUE | ☐ D ☑ E/F ☐ G |
| 2.98 SERVICE SUPPORT INTERNATIONAL, INC. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | INTERNAL REVENUE SERVICE | ☐ D ☑ E/F ☐ G |
| 2.99 SERVICE SUPPORT INTERNATIONAL, INC. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | RETAIL SERVICES WIS CORPORATION | ☑ D ☑ E/F ☐ G |
| 2.100 LABOR SUPPORT INTERNATIONAL, INC. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | ALASKA DEPARTMENT OF REVENUE | ☐ D ☑ E/F ☐ G |
| 2.101 LABOR SUPPORT INTERNATIONAL, INC. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | ARIZONA DEPARTMENT OF REVENUE | ☐ D ☑ E/F ☐ G |
| 2.102 LABOR SUPPORT INTERNATIONAL, INC. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | FRANCHISE TAX BOARD | ☐ D ☑ E/F ☐ G |
| 2.103 LABOR SUPPORT INTERNATIONAL, INC. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | HAWAII DEPT OF TAXATION | ☐ D ☑ E/F ☐ G |
| 2.104 LABOR SUPPORT INTERNATIONAL, INC. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | IDAHO STATE TAX COMMISSION | ☐ D ☑ E/F ☐ G |

| 2.105 | LABOR SUPPORT INTERNATIONAL, INC. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | ILLINOIS DEPARTMENT OF REVENUE | ☐ D ☑ E/F ☐ G |
| --- | --- | --- | --- | --- |
| 2.106 | LABOR SUPPORT INTERNATIONAL, INC. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | KANSAS CORPORATE TAX | ☐ D ☑ E/F ☐ G |
| 2.107 | LABOR SUPPORT INTERNATIONAL, INC. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | SECRETARY OF THE COMMONWEALTH | ☐ D ☑ E/F ☐ G |
| 2.108 | LABOR SUPPORT INTERNATIONAL, INC. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | MICHIGAN DEPARTMENT OF TREASURY | ☐ D ☑ E/F ☐ G |
| 2.109 | LABOR SUPPORT INTERNATIONAL, INC. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | MINNESOTA REVENUE | ☐ D ☑ E/F ☐ G |
| 2.110 | LABOR SUPPORT INTERNATIONAL, INC. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | DEPARTMENT OF REVENUE | ☐ D ☑ E/F ☐ G |
| 2.111 | LABOR SUPPORT INTERNATIONAL, INC. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | NEBRASKA DEPARTMENT OF REVENUE | ☐ D ☑ E/F ☐ G |
| 2.112 | LABOR SUPPORT INTERNATIONAL, INC. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | NEVADA DEPT OF TAXATION | ☐ D ☑ E/F ☐ G |
| 2.113 | LABOR SUPPORT INTERNATIONAL, INC. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | NEW HAMPSHIRE SECRETARY OF STATE | ☐ D ☑ E/F ☐ G |
| 2.114 | LABOR SUPPORT INTERNATIONAL, INC. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | OREGON DEPARTMENT OF REVENUE | ☐ D ☑ E/F ☐ G |

| | | | |
|---|---|---|---|
| 2.115 LABOR SUPPORT INTERNATIONAL, INC. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | UTAH STATE TAX COMMISSION | ☐ D<br>☑ E/F<br>☐ G |
| 2.116 LABOR SUPPORT INTERNATIONAL, INC. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | WEST VIRGINIA STATE TAX DEPARTMENT | ☐ D<br>☑ E/F<br>☐ G |
| 2.117 LABOR SUPPORT INTERNATIONAL, INC. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | WISCONSIN DEPARTMENT OF REVENUE | ☐ D<br>☑ E/F<br>☐ G |
| 2.118 LABOR SUPPORT INTERNATIONAL, INC. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | INTERNAL REVENUE SERVICE | ☐ D<br>☑ E/F<br>☐ G |
| 2.119 LABOR SUPPORT INTERNATIONAL, INC. | 9265 SKY PARK COURT, SUITE 100, SAN DIEGO, CA 92123 | RETAIL SERVICES WIS CORPORATION | ☑ D<br>☑ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name: WIS Holding Company, Inc.

United States Bankruptcy for the District of: Delaware

Case number (if known): 18-11579

☐ Check if this is an amended filing

# Declaration Under Penalty of Perjury for Non-Individual Debtors

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206G)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires _____
a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___7/18/2018___

Signature of individual signing on behalf of debtor

TIMOTHY J. BERNLOHR

Printed name

DIRECTOR

Position or relationship to debtor