**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 ) |
| SIW HOLDING COMPANY, INC., *et al.*,[1] | ) Case No. 18-11579 (CSS) ) Jointly Administered |
| Debtors. | ) ) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JANUARY 7, 2019 AT 11:00 A.M. (EASTERN) BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE 824 MARKET STREET, COURTROOM 6, 5TH FLOOR WILMINGTON, DELAWARE 19801**

**I.    UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION**

1. Debtors' Motion for Entry of an Order Approving a Stipulation for Turnover of Rabbi Trust Assets to the Debtors [Filed 12/17/18; D.I. 143]

   Response Deadline: December 31, 2018

   Related Documents:

   (a) Certification of No Objection Regarding Docket No. 143 [Filed 1/2/19; D.I. 150]

   (b) Proposed Order Granting Debtors' Motion for Entry of an Order Approving a Stipulation for Turnover of Rabbi Trust Assets to the Debtors (Re: D.I. No. 143)

   Objections/Responses: None.

   Status: A Certification of No Objection has been filed. Therefore, no hearing is necessary unless requested by the Court.

**II.    FIRST INTERIM FEE APPLICATIONS:**

2. First interim fee applications are scheduled to go forward at this hearing. Attached hereto as **Exhibit A** is a complete list of those fee applications scheduled to be

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: SIW Holding Company, Inc. f/k/a/ WIS Holding Company, Inc. (2673); WIS Holdings Corp. (4184); Western Inventory Service, Inc. (2867); Washington Inventory Service (1851); WIS International, Inc. (1762); Labor Support International, Inc. (2151); and Service Support International, Inc. (2152). The Debtors' mailing address is 9265 Sky Park Court, Suite 100, San Diego, CA 92123-4312.

heard.  The items listed on **Exhibit A** hereto correspond to the order of the third interim fee applications, and documents related thereto, that were in the binders previously submitted to the Court pursuant to the Court's Chambers Procedures.

Related Documents:

(a)   Notice of Filing of Proposed Omnibus Order Approving First Interim Fee Applications [Filed 1/2/19; D.I. 151]

Response(s) Received:  None.

Status:  See attached Exhibit A.

Dated:  January 3, 2019  
       Wilmington, Delaware

**POTTER ANDERSON & CORROON LLP**

*/s/ R. Stephen McNeill*
Jeremy W. Ryan (DE Bar No. 4057)
R. Stephen McNeill (DE Bar No. 5210)
D. Ryan Slaugh (DE Bar No. 6325)
1313 North Market Street, Sixth Floor
P.O. Box 951
Wilmington, Delaware  19801
Telephone:  (302) 984-6000
Facsimile:  (302) 658-1192
Email:  jryan@potteranderson.com
       rmcneill@potteranderson.com
       rslaugh@potterandercon.com

*Counsel for the Debtors*

## EXHIBIT A

### SIW HOLDING COMPANY, INC.; CASE NO. 18-11579 (CSS)
### INDEX OF FEE APPLICATIONS FOR <u>FIRST</u> INTERIM APPROVAL
### (JULY 2, 2018 THROUGH SEPTEMBER 30, 2018)
### <u>HEARING: JANUARY 7, 2019 AT 11:00 A.M.</u>

**I.     PROPOSED ORDER**

Notice of Filing of Proposed Omnibus Order Approving First Interim Fee Applications [Filed 1/2/19; D.I. 151]

**II.    OMNIBUS NOTICE**

Omnibus Notice of Hearing to Consider Approval and Allowance of Interim Fee Applications [Filed 12/19/18; D.I. 147]

**POTTER ANDERSON & CORROON LLP/COUNSEL TO THE DEBTORS**

1.  First Interim Fee Request of **Potter Anderson & Corroon LLP**, as Counsel to the Debtors for the Period July 2, 2018 through September 30, 2018 [Filed 11/21/18; D.I. 135]

    A.  First Monthly Fee Application of Potter Anderson & Corroon LLP for Compensation of Services Rendered and Reimbursement of Expenses as Counsel to the Debtors for the Period from July 2, 2018 through July 31, 2018 [Filed 09/12/18; D.I. 89]

    B.  Re-Notice of Application of First Monthly Fee Application of Potter Anderson & Corroon LLP for Compensation of Services Rendered and Reimbursement of Expenses as Counsel to the Debtors for the Period from July 2, 2018 through July 31, 2018 [Filed 09/13/18; D.I. 90]

    C.  Certification of No Objection Regarding Docket No. 89 [Filed 10/04/18; D.I. 98]

    D.  Second Monthly Fee Application of Potter Anderson & Corroon LLP for Compensation of Services Rendered and Reimbursement of Expenses as Counsel to the Debtors for the Period from August 1, 2018 through August 31, 2018 [Filed 09/18/18; D.I. 92]

    E.  Certification of No Objection Regarding Docket No. 92 [Filed 10/10/18; D.I. 104]

    F.  Third Monthly Fee Application of Potter Anderson & Corroon LLP for Compensation of Services Rendered and Reimbursement of Expenses as Counsel to the Debtors for the Period from September 1, 2018 through September 30, 2018 [Filed 11/21/18; D.I. 132]

  G. Certification of No Objection Regarding Docket No. 132 [Filed 12/13/18; D.I. 141]

<u>Response Deadline</u>:  December 12, 2018 at 4:00 p.m.

<u>Response Received</u>:  None.

<u>Status</u>:  This matter is going forward.

## JND CORPORATE RESTRUCTURING/ADMINISTRATIVE AGENT FOR THE DEBTORS

2. First Interim Fee Request of **JND Corporate Restructuring**, as Administrative Agent for the Debtors for the period July 2, 2018 to July 31, 2018 [Filed 12/13/18; D.I. 142]

  A. Consolidated First Monthly Fee Application of JND Corporate Restructuring for Compensation for Services Rendered as Administrative Agent for the Debtors for the Period from July 2, 2018 through July 31, 2018 [Filed 08/20/18; D.I. 71]

  B. Certification of No Objection Regarding Docket No. 71 [Filed 09/11/18; D.I. 88]

IMPAC 6039087v.1