UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
SIW HOLDING Company, Inc. et al.
In re   Case No. 18-11579 ( CSS ) Jointly Administered
**Reporting Period: December 1st through December 31st, 2019**

MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

Document Explanation Affidavit/Supplement

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explaination Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | | |
| Schedule of Professional Fees Paid | MOR-1b | X | | |
| Copies of bank statements | | X | | |
| Cash disbursements journals | | X | | |
| Statement of Operations | MOR-2 | X | | |
| Balance Sheet | MOR-3 | X | | |
| Status of Postpetition Taxes | MOR-4 | | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | X | |
| Listing of aged accounts payable | MOR-4 | | X | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | | |
| Debtor Questionnaire | MOR-5 | X | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

Signature of Debtor                          Date: January 20, 2020

Signature of Joint Debtor                    Date

Signature of Authorized Individual*          Date: January 20, 2020

Printed Name of Authorized Individual        Title of Authorized Individual
Timothy J. Bernlohr                          Chairman

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

In re Case No. 18-11579 (CSS) Jointly Administered
Debtor Reporting Period: November 1st through 30th, 2019
SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1). Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CONT)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| | OPER. | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | 3,358,694.26 | 0 | 0 | 0 | 3,358,694.26 | 1,086,291.73 | 3,358,694.26 | 1,086,291.73 |
| RECEIPTS | | | | | | | | |
| CASH SALES | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ACCOUNTS RECEIVABLE | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| LOANS AND ADVANCES | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SALE OF ASSETS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| OTHER (ATTACH LIST) LIST: | 0.00 | 0 | 0 | 0 | 0.00 | 0 | 2,221,432.61 | 0 |
| TRANSFERS (FROM DIP ACCTS) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL RECEIPTS | 0.00 | 0 | 0 | 0 | 0.00 | 0 | 2,221,432.61 | 0 |
| DISBURSEMENTS | | | | | | | | |
| NET PAYROLL | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| PAYROLL TAXES | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SALES, USE, & OTHER TAXES | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| INVENTORY PURCHASES | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SECURED/RENTAL/LEASES | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| INSURANCE | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ADMINISTRATIVE | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SELLING | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| OTHER (ATTACH LIST) | 0 | 0.00 | 0 | 0 | 0.00 | 0 | 0 | 45 |
| Bank fee charged for returned wire - January 2019 | 0 | | | | 0 | | 0 | 0 |
| OWNER DRAW * | N/A | | | | | | | |
| TRANSFERS (TO DIP ACCTS) | N/A | | | | | | | |
| PROFESSIONAL FEES | 13,462.63 | 0 | 0 | 0 | 13,462.63 | 47,500.00 | 837,915.23 | 939,400.00 |
| U.S. TRUSTEE QUARTERLY FEES | 0 | 0 | 0 | 0 | 0 | | 1950 15927.48 | 37800 |
| COURT COSTS | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| TOTAL DISBURSEMENTS | 13,462.63 | 0 | 0 | 0 | 13,462.63 | 49,450.00 | 853,887.71 | 977,200.00 |
| NET CASH FLOW | -13,462.63 | 0 | 0 | 0 | -13,462.63 | -49450 | 1,394,515.16 | -977200 |
| (RECEIPTS LESS DISBURSEMENTS) | -13,462.63 | 0 | 0 | 0 | -13,462.63 | -49,450.00 | 1,394,515.16 | -977,200.00 |
| CASH - END OF MONTH | 3,345,231.63 | | | | 3,345,231.63 | 1,036,841.73 | 3,345,231.63 | 1,036,841.73 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COL

| TOTAL DISBURSEMENTS | 13,462.63 |
|---|---|
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | 0 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | 0 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 13,462.63 |

FORM MOR-1

In re   Case No. 18-11579 (CSS)
Debtor  Reporting Period:
December 1st through December 31st, 2019

## BANK RECONCILIATIONS
Continuation Sheet for MOR-1

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

| | Operating | Payroll | Tax | Other |
|---|---|---|---|---|
| | # | | | |
| | | | | |
| BALANCE PER BOOKS | 3,345,231.63 | 0 | 0 | 0 |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | 0 | 0 | 0 | 0 |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | 0 | 0 | 0 | 0 |
| OTHER (ATTACH EXPLANATION) | 0 | 0 | 0 | 0 |
| ADJUSTED BANK BALANCE * | 3,345,231.63 | 0 | 0 | 0 |
| * Adjusted bank balance must equal balance per books | | | | |
| DEPOSITS IN TRANSIT | Date / Amount | Date / Amount | Date / Amount | Date / Amount |
| CHECKS OUTSTANDING | Ck. # / Amount | Ch. # / Amount | Ck. # / Amount | Ck. # / Amount |
| OTHER | | | | |

ACTUAL BANK STATEMENT ATTACHED

In re  Case No. 18-11579 (CSS)
Debtor Reporting Period:
December 1 through December 31, 2019
**SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID**
This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| Timothy Bernlohr, Fees | 12-1 thru12-31, 2019 | 10,468 | SIW Holding | Wire | 12/23/2019 | 10,000.00 | 468 | 120,000.00 | 468 |
| JND Corporate Restructuring K/K/A Stretto | 12-1 thru12-31, 2019 | 2,995.00 | SIW Holding | Wire | 12/23/2019 | 1,648.20 | 1,346.80 | 32,477.02 | 5,672.81 |
| Potter Anderson Corroon | 12-1 thru12-31, 2019 | 0.00 | SIW Holding | Wire | | | 0.00 | 0 | 159,897.88 | 503.92 |
| Fox Rothschild LLP | 12-1 thru12-31, 2019 | 0 | SIW Holding | Wire | | 0.00 | 0 | 128,461.30 | 1396.7 |
| Dunstin Advisors LLC | 12-1 thru12-31, 2019 | 0.00 | SIW Holding | Wire | | 0.00 | 0 | 67,052.02 | 0 |
| Littler Mendleson PC | 12-1 thru12-31, 2019 | 0 | SIW Holding | Wire | | 0 | 0 | 237.5 | 0 |
| Cohn Reznick LLP | 12-1 thru12-31, 2019 | 0.00 | SIW Holding | Wire | | 0.00 | 0 | 136,625.50 | 0 |
| Ryan Servicing LLC (Tax) | 12-1 thru12-31, 2019 | 0.00 | SIW Holding | Wire | | 0.00 | 0 | 29,472.25 | 0 |

Payor
Payee
Period Covered
Amount
Approved
FORM MOR-1b
(04/07)

# unitedbank

PO Box 9020, 95 Elm Street
West Springfield, MA 01090-9020
866-959-BANK (2265)
www.bankatunited.com

---

19593602

Date 12/31/19      Page     1

Timothy J. Bernlohr
4 Aldans Way
Newtown PA 18940

**Questions:**
(800) 634-7734
Banking@BMSAdvantage.com
BMSAdvantage.com

Case Number:     18-11581
Case Name:       Washington Inventory Service, DIP
                 Debtor
Trustee Number:  580900
Trustee Name:    Timothy J. Bernlohr
                 Trustee

## SUMMARY OF ACCOUNTS

```
ACCOUNT NUMBER        TYPE OF ACCOUNT                    ENDING BALANCE
XXXXXXXXXXXX7149      CHECKING                           3,345,231.63
```

.........................CHECKING/MMA ACCOUNT...........................

ACCOUNT TITLE: Timothy J. Bernlohr

```
CHECKING                                        ENCLOSURES                        0
ACCOUNT NUMBER       XXXXXXXXXXXX7149           Statement Dates  12/02/19 thru 12/31/19
PREVIOUS BALANCE            3,358,694.26        DAYS IN STATEMENT PERIOD         30
    DEPOSITS                         .00        AVERAGE BALANCE         3,354,655.47
3 DEBITS                       13,462.63        AVERAGE COLLECTED       3,354,655.47
SERVICE CHARGE                      .00
INTEREST PAID                       .00
NEW BALANCE                 3,345,231.63
```

## ACTIVITY IN DATE ORDER

```
DATE    DESCRIPTION                                    AMOUNT           BALANCE
12/23   WIRE TRANSFER DEBIT                            467.63-          3,358,226.63
        Timothy Bernlohr 936 019462
        021000089
        40611172
        4 Aldans Way
        Newtown PA 18940
        CITIBANK NYC
        NEW YORK, NY
        For Benefit of: Morgan Stanley
        20191223MMQFMP0U000070
        20191223BIQ8021R035238
        1223140IFT01
12/23   WIRE TRANSFER DEBIT                            2,995.00-        3,355,231.63
        JND Corporate Restructuring
        107005047
        7095571634
```



Member FDIC

**unitedbank**

PO Box 9020, 95 Elm Street
West Springfield, MA 01090-9020
866-959-BANK (2265)
www.bankatunited.com

Date 12/31/19    Page 2

Timothy J. Bernlohr
4 Aldans Way
Newtown PA 18940

Case Number:     18-11581
Case Name:       Washington Inventory Service, DIP
                 Debtor
Trustee Number:  580900
Trustee Name:    Timothy J. Bernlohr
                 Trustee

CHECKING                          XXXXXXXXXXXX7149  (Continued)

## ACTIVITY IN DATE ORDER

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | 8269 E. 23rd Ave Suite 275 Denver CO 80238 FIRSTBK LAKEWOOD, CO Stretto invoice 3239 20191223MMQFMPOU000008 20191223QMGFNP68000692 12230907FT01 | | |
| 12/23 | WIRE TRANSFER DEBIT Timothy Bernlohr 936-019462 021000089 40611172 4 Aldans Way Newtown PA 18940 CITIBANK NYC NEW YORK, NY For Benefit of: Morgan Stanley 20191223MMQFMPOU000007 20191223B1Q8021R014121 12230907FT01 | 10,000.00 | 3,345,231.63 |

### END OF STATEMENT



SIW HOLDING COMPANY, INC, et al
In re Case No. 18-11579 (CSS) Jointly Administered
Debtor Reporting Period.: December 1st through December 31st, 2019

**STATEMENT OF OPERATIONS**
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

Cumulative

| REVENUES | Month | Cumulative Filing to Date |
|---|---|---|
| Gross Revenues | 0 | 2221432.61 |
| Less: Returns and Allowances | 0 | 0 |
| Net Revenue | 0 | 0 |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | 0 | 0 |
| Add: Purchases | 0 | 0 |
| Add: Cost of Labor | 0 | 0 |
| Add: Other Costs (attach schedule) | 0 | 0 |
| Less: Ending Inventory | 0 | 0 |
| Cost of Goods Sold | 0 | 0 |
| Gross Profit | 0 | 0 |
| **OPERATING EXPENSES** | | |
| Advertising | 0 | 0 |
| Auto and Truck Expense | 0 | 0 |
| Bad Debts | 0 | 0 |
| Contributions | 0 | 0 |
| Employee Benefits Programs | 0 | 0 |
| Insider Compensation* | 0 | 0 |
| Insurance | 0 | 0 |
| Management Fees/Bonuses | 0 | 0 |
| Office Expense | 0 | 0 |
| Pension & Profit-Sharing Plans | 0 | 0 |
| Repairs and Maintenance | 0 | 0 |
| Rent and Lease Expense | 0 | 0 |
| Salaries/Commissions/Fees | 0 | 0 |
| Supplies | | 0 |
| Taxes - Payroll | 0 | 0 |
| Taxes - Real Estate | 0 | 0 |
| Taxes - Other | 0 | 0 |
| Travel and Entertainment | 0 | 0 |
| Utilities | 0 | 0 |
| Other (attach schedule) | 0 | 0 |
| Total Operating Expenses Before Depreciation | 0 | 0 |
| Depreciation/Depletion/Amortization | 0 | 0 |
| Net Profit (Loss) Before Other Income & Expenses | 0 | 0 |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | 0 | 2221432.61 |
| Interest Expense | 0 | 0 |
| Other Expense (attach schedule) | 0 | 45 |
| Net Profit (Loss) Before Reorganization Items | 0 | 0 |
| **REORGANIZATION ITEMS** | 0 | |
| Professional Fees | 13,462.63 | 837,915 |
| U. S. Trustee Quarterly Fees | 0.00 | 15,927.49 |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | 0 | 0 |
| Gain (Loss) from Sale of Equipment | 0 | 0 |
| Other Reorganization Expenses (attach schedule) | 0 | 0 |
| Total Reorganization Expenses | 13,462.63 | 853,843 |
| Income Taxes | 0 | |
| Net Profit (Loss) | -13,463 | 1,367,589.61 |

*"Insider" is defined in 11 U.S.C. Section 101(31).
FORM MOR-2
(04/07)

NOTE REGARDING DEBTOR INCOME STATEMENT, BALANCE SHEET AND ALL ASSETS OF ENTITY: THE DEBTOR HAS HAD NO OPERATIONS OF ANY TYPE SINCE JUNE OF 2017. THE SOLE ASSETS ARE CASH INCLUDED IN BANK OPERATING ACCOUNT AND NON QUALIFIED TRUST THAT Has been TRANSFERRED TO DEBTOR ACCOUNT. TIMOTHY BERNLOHR SERVES AS SOLE DIRECTOR.

In re Case No. 18-11579 (CSS) Jointly Admininistered
Debtor Reporting Period: December 1st through December 31st, 2019
SIW Holding Company, Inc. et al.
**BALANCE SHEET**

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | Book Value PETITION DATE |
|---|---|---|
| Unrestricted Cash and Equivalents | 3,345,231.63 | 1977641.73 |
| Restricted Cash and Cash Equivalents (see continuation sheet) | 0 | 0 |
| Accounts Receivable (Net) | 0 | 0 |
| Notes Receivable | 0 | 0 |
| Inventories | 0 | 0 |
| Prepaid Expenses | 0 | 0 |
| Professional Retainers | 280201.53 | 365894.53 |
| Other Current Assets: Non-Qualified Employee Savings plan ( Rabbi Trust ) | 0 | 2110447.53 |
| TOTAL CURRENT ASSETS | 3,625,433.16 | 4453983.79 |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | 0 | 0 |
| Machinery and Equipment | 0 | 0 |
| Furniture, Fixtures and Office Equip | 0 | 0 |
| Lease Improvements | 0 | 0 |
| Vehicles | 0 | 0 |
| Less Accumulated Depreciation | 0 | 0 |
| TOTAL PROPERTY & EQUIPMENT | 0 | 0 |
| **OTHER ASSETS** | | |
| Loans to Insiders* | 0 | 0 |
| Other Assets (attach schedule) | 0 | |
| TOTAL OTHER ASSETS | 0 | 0 |
| **TOTAL ASSETS** | | |

| LIABILITIES AND OWNER EQUITY LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition) | BOOK VALUE AT THE END OF CURRENT REPORTING MONTH | BOOK CALUE ON PETITION DATE |
|---|---|---|
| Accounts Payable | 0 | 0 |
| Taxes Payable (refer to FORM MOR-4) | 0 | 0 |
| Wages Payable | 0 | 0 |
| Notes Payable | 0 | 0 |
| Rent / Leases - Building/Equipment | 0 | 0 |
| Secured Debt / Adequate Protection Payments | 0 | 0 |
| Professional Fees | 0 | 0 |
| Amounts Due to Insiders* | 0 | 0 |
| Other Postpetition Liabilities (attach schedule) | 0 | 0 |
| TOTAL POSTPETITION LIABILITIES | 0 | 0 |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | |
| Secured Debt | 0 | 0 |
| Priority Debt | 0 | 0 |
| Unsecured Debt | 126027451.4 | 126027451.4 |
| TOTAL PRE-PETITION LIABILITIES | 126027451.4 | 126027451.4 |
| TOTAL LIABILITIES | 126027451.4 | 126027451.4 |
| **OWNER EQUITY** | | |
| Capital Stock | 0 | 0 |
| Additional Paid-In Capital | 0 | 0 |
| Partners' Capital Account | 0 | 0 |
| Owner's Equity Account | 0 | 0 |
| Retained Earnings - Pre-Petition | 0 | 0 |
| Retained Earnings - Postpetition | 0 | 0 |
| Adjustments to Owner Equity (attach schedule) | 0 | 0 |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | 0 | 0 |
| NET OWNER EQUITY | 0 | 0 |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | | |

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-3
(04/07)

In re CASE NO. 18-11579 (CSS) JOINTLY ADMINISTERED    Period December 1 through December 31, 2019
Debtor SIW HOLDING COMPANY, INC. et al.

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 0 |
| + Amounts billed during the period | 0 |
| - Amounts collected during the period | 0 |
| Total Accounts Receivable at the end of the reporting period | 0 |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | 0 |
| 31 - 60 days old | 0 |
| 61 - 90 days old | 0 |
| 91+ days old | 0 |
| Total Accounts Receivable | 0 |
| Amount considered uncollectible (Bad Debt) | 0 |
| Accounts Receivable (Net) | 0 |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | x |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | x |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | | x |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | x | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | x |

RE Taxes, question #3 above- We have been notified by serval states that are filings are in arrears following extension applications. We are acively working with Cohn Reznick and KPMG to complete file transfers allowing SIW to file past due tax returns.

(04/07)

* Bank account has been opened. Account statement is attached.