**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SIW HOLDING COMPANY, INC., *et al.*,[1] | ) ) ) | Case No. 18-11579 (KBO) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**CERTIFICATION OF STRETTO REGARDING TABULATION OF
VOTES IN CONNECTION WITH THE SECOND AMENDED JOINT PLAN OF
LIQUIDATION PROPOSED BY THE DEBTORS AND THE
<u>OFFICIAL COMMITTEE OF UNSECURED CREDITORS</u>**

I, Alexa T. Westmoreland, depose and say under the penalty of perjury:

1.   I am a Senior Associate at Stretto, which has offices located at 8269 E. 23rd Avenue, Suite 275, Denver, Colorado 80238. I am over the age of eighteen years and neither I nor Stretto is a party to these proceedings. I am duly authorized to submit this certification on behalf of Stretto (the "Certification"). Except as otherwise indicated, all matters set forth herein are based upon my personal knowledge, and, if called as a witness, I could and would testify competently thereto.

2.   I submit this Certification in connection with the tabulation of votes to accept or reject the *Second Amended Joint Plan of Liquidation Proposed by the Debtors and the Official Committee of Unsecured Creditors* (Docket No. 383) filed in the above-captioned case (as further amended, modified or supplemented, the "Plan").

3.   On December 12, 2019, the Court entered the *Order (I) Approving the Disclosure Statement on an Interim Basis; (II) Scheduling a Combined Hearing on Final Approval of the Disclosure Statement and Plan Confirmation and Deadlines Related Thereto; (III) Approving the Solicitation, Notice and Tabulation Procedures and the Forms Related Thereto; and (IV) Granting*

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: SIW Holding Company, Inc. f/k/a/ WIS Holding Company, Inc. (2673); WIS Holdings Corp. (4184); Western Inventory Service, Inc. (2867); Washington Inventory Service (1851); WIS International, Inc. (1762); Labor Support International, Inc. (2151); and Service Support International, Inc. (2152). The Debtors' mailing address is 9265 Sky Park Court, Suite 100, San Diego, CA 92123-4312.

*Related Relief* (Docket No. 343) (the "Solicitation Procedures Order").[2]

4.  Pursuant to the Solicitation Procedures Order, and in accordance with the solicitation procedures and the tabulation rules set forth therein (collectively the "Solicitation Procedures and Tabulation Rules"), Stretto worked with Debtors' counsel to solicit votes for the Plan and to tabulate ballots of creditors entitled to vote on the Plan.

5.  On December 13, 2019, pursuant to and in accordance with the Solicitation Procedures Order, Stretto served the Solicitation Packages on holders of Claims entitled to vote on the Plan.[3] An affidavit evidencing Stretto's service of the foregoing was filed with the Court on December 18, 2019 (Docket No. 352).

6.  Copies of the Plan, and all exhibits were made available via the internet, free of charge, at https://cases.stretto.com/wis-international on December 12, 2019.

7.  The Solicitation Procedures Order established December 12, 2019 as the Record Date for determining which Holders of Claims were entitled to receive Solicitation Packages and, where applicable, vote on the Plan.

8.  The Plan designated Claims in Class III (Allowed Hose Claim), Class IV (Allowed Arispe Claim), Class V (Allowed Rabbi Trust Claims), Class VI (Allowed General Unsecured Claims), and Class VII (Allowed Purchaser Claim) (the "Voting Classes") as Impaired and entitled the Holders of such Claims to vote on the Plan.

9.  Using the information outlined above, and with specific guidance and approval from Debtors' counsel, Stretto created a voting database ("Database") reflecting the names of potential Holders of Claims, addresses, voting amounts and classifications of Claims in the Voting Classes. Using its database, Stretto generated Ballots for potential Holders of Claims, addresses,

---

[2] Capitalized terms utilized but not otherwise defined herein shall have the meanings as ascribed to them in the Solicitation Procedures Order.

[3] Stretto also served required documentation, including the Non-Voting Status Notice on non-voting creditors in accordance with the Solicitation Procedures Order.

voting amounts and classifications of Claims in the Voting Classes. Using its database, Stretto generated Ballots for potential Holders of Claims entitled to vote to accept or reject the Plan. The Solicitation Procedures Order established January 27, 2020 at 11:59 p.m. (prevailing Eastern Time) as the deadline by which all Ballots were to have been received by Stretto in order to be counted as a valid vote to accept or reject the Plan (the "Voting Deadline").

10. Pursuant to the Solicitation Procedures Order, and in accordance with the Solicitation Procedures and the Tabulation Rules approved thereby, Stretto received and tabulated the Ballots as follows:

   a. Each returned Ballot was opened and/or inspected at Stretto's offices;
   b. Ballots were date-stamped upon receipt; and
   c. All Ballots received were then tabulated in accordance with the Tabulation Rules set forth in the Solicitation Procedures Order.

11. In order for a Ballot to be counted as valid, the Ballot was required to have complied with the Solicitation Procedures and Tabulation Rules, including the requirement that the Ballot be properly completed, executed by the Holder of the Claim (or such Holder's authorized representative) and received by Stretto on or before the Voting Deadline. Ballots that did not comply with the Solicitation Procedures and Tabulation Rules were not counted. All Ballots that complied with the Solicitation Procedures and Tabulation Rules were tabulated in accordance with the Tabulation Rules, which were not modified in any respect. Except as set forth in the exhibits attached hereto, there were no defects or irregularities with any of the Ballots and no votes were changed or modified after they were cast.

12. I hereby certify that attached hereto as **Exhibit A** is a detailed voting report of all Ballots submitted to Stretto as of the filing of this Declaration.

13. I hereby certify that the results of the voting by Holders of Claims in the Voting Classes are as set forth in **Exhibit B** to this Certification, which is a true and correct copy of the final tabulation of votes, cast by timely and properly completed Ballots received by Stretto.

14. To the best of my knowledge, information and belief, the foregoing information concerning the distribution, submission and tabulation of Ballots in connection with the Plan is true and correct.

Dated: January 30, 2020

_____
Alexa T. Westmoreland

State of Colorado    )
                    ) SS.
County of Denver    )

Subscribed and sworn before me this 30th day of January 2020 by Alexa T. Westmoreland.

_____
(Notary's official signature)

BOWEN LORD
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20194041342
MY COMMISSION EXPIRES OCTOBER 30, 2023