# EXHIBIT A
*Detailed Report of All Submitted Ballots*



# Exhibit A
Detailed Report of All Submitted Ballots
(Sorted by Ballot Number)

| BALLOT NO. | VOTING CLASS | NAME | DATE FILED | VOTING AMOUNT | ACCEPT OR REJECT? | OPT-IN TO RELEASE? |
|---|---|---|---|---|---|---|
| 1 | CLASS 7 | RETAIL SERVICES WIS CORP. | 1/6/2020 | $123,770,583.97 | ACCEPT | N/A |
| 2 | CLASS 5 | ROSE, JAMES M | 1/10/2020 | $112,440.66 | ACCEPT | YES |
| 3 | CLASS 6 | DANIEL ALLEN NELSON | 1/16/2020 | $269,510.21 | REJECT | NO |
| 4 | CLASS 6 | AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC. | 1/27/2020 | $614.37 | REJECT | NO |
| 5 | CLASS 3 | 14,200 FLSA COLLECTIVE CLAIMANTS | 1/27/2020 | $66,568,868.00 | ACCEPT | N/A |
| 6 | CLASS 4 | MONICA ARISPE EDWARDS, AS PAGA REPRESENTATIVE PLAINTIFF ON BEHALF OF HERSELF AND AGGRIEVED EMPLOYEES | 1/27/2020 | $60,300,000.00 | ACCEPT | N/A |

In re: SIW Holding Company, Inc. (f/k/a WIS Holding Company, Inc), et al.
Case No. 18-11579



**Exhibit A**
Detailed Report of All Submitted Ballots
(Sorted by Name)

| BALLOT NO. | VOTING CLASS | NAME | DATE FILED | VOTING AMOUNT | ACCEPT OR REJECT? | OPT-IN TO RELEASE? |
|---|---|---|---|---|---|---|
| 5 | CLASS 3 | 14,200 FLSA COLLECTIVE CLAIMANTS | 1/27/2020 | $66,568,868.00 | ACCEPT | N/A |
| 4 | CLASS 6 | AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC. | 1/27/2020 | $614.37 | REJECT | NO |
| 3 | CLASS 6 | DANIEL ALLEN NELSON | 1/16/2020 | $269,510.21 | REJECT | NO |
| 6 | CLASS 4 | MONICA ARISPE EDWARDS, AS PAGA REPRESENTATIVE PLAINTIFF ON BEHALF OF HERSELF AND AGGRIEVED EMPLOYEES | 1/27/2020 | $60,300,000.00 | ACCEPT | N/A |
| 1 | CLASS 7 | RETAIL SERVICES WIS CORP. | 1/6/2020 | $123,770,583.97 | ACCEPT | N/A |
| 2 | CLASS 5 | ROSE, JAMES M | 1/10/2020 | $112,440.66 | ACCEPT | YES |

In re: SIW Holding Company, Inc. (f/k/a WIS Holding Company, Inc), et al.
Case No. 18-11579