# EXHIBIT B

*Tabulation Summary*


### Class 3 Ballot Results
### Allowed Hose Claim

| | Count | % | Dollars | % |
|---|---|---|---|---|
| **Accept:** | 1 | 100% | $66,568,868.00 | 100% |
| **Reject:** | 0 | 0% | $0.00 | 0% |
| **Tabulated Ballot Totals:** | 1 | | $66,568,868.00 | |
| **Abstain:** | 0 | | $0.00 | |
| **Not Tabulated:** | 0 | | $0.00 | |

### Class 4 Ballot Results
### Allowed Arispe Claim

| | Count | % | Dollars | % |
|---|---|---|---|---|
| **Accept:** | 1 | 100% | $60,300,000.00 | 100% |
| **Reject:** | 0 | 0% | $0.00 | 0% |
| **Tabulated Ballot Totals:** | 1 | | $60,300,000.00 | |
| **Abstain:** | 0 | | $0.00 | |
| **Not Tabulated:** | 0 | | $0.00 | |

### Class 5 Ballot Results
### Allowed Rabbi Trust Claims

| | Count | % | Dollars | % |
|---|---|---|---|---|
| **Accept:** | 1 | 100% | $112,440.66 | 100% |
| **Reject:** | 0 | 0% | $0.00 | 0% |
| **Tabulated Ballot Totals:** | 1 | | $112,440.66 | |
| **Abstain:** | 0 | | $0.00 | |
| **Not Tabulated:** | 0 | | $0.00 | |

### Class 6 Ballot Results
### Allowed General Unsecured Claims

| | Count | % | Dollars | % |
|---|---|---|---|---|
| **Accept:** | 0 | 0% | $0.00 | 0% |
| **Reject:** | 2 | 100% | $270,124.58 | 100% |
| **Tabulated Ballot Totals:** | 2 | | $270,124.58 | |
| **Abstain:** | 0 | | $0.00 | |
| **Not Tabulated:** | 0 | | $0.00 | |

### Class 7 Ballot Results
### Allowed Purchaser Claim

| | Count | % | Dollars | % |
|---|---|---|---|---|
| **Accept:** | 1 | 100% | $123,770,583.97 | 100% |
| **Reject:** | 0 | 0% | $0.00 | 0% |
| **Tabulated Ballot Totals:** | 1 | | $123,770,583.97 | |
| **Abstain:** | 0 | | $0.00 | |
| **Not Tabulated:** | 0 | | $0.00 | |

In re: SIW Holding Company, Inc. (f/k/a WIS Holding Company, Inc), et al.
Case No. 18-11579