Form 210A (10/06)

# United States Bankruptcy Court
# District Of Delaware

In re:    The NORDAM Group, Inc.,
Case No.    18-11699 Jointly Administered Under Case 18-11699

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or **deemed filed** under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to **Rule 3001(e)(1)**, Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee:
 **Fair Harbor Capital, LLC**
 **As assignee of Mankiewicz Coatings LLC**

Name of Transferor:
 **Mankiewicz Coatings LLC**

Name and Address where notices to transferee should be sent:

 **Fair Harbor Capital, LLC**
 **Ansonia Finance Station**
 **PO Box 237037**
 **New York, NY  10023**

Court Claim # (if known):  none
Amount of Claim: $17,835.82
Date Claim Filed:

Name and Address of Transferor:

 Mankiewicz Coatings LLC
 1200 Charleston Regional Pkwy
 Charleston, SC  29492

Phone:    212 967 4035
Last Four Digits of Acct #:    n/a

Phone:
Last Four Digits of Acct. #:    n/a

Name and Address where transferee payments should be sent (if different from above):

Phone:    n/a
Last Four Digits of Acct #:    n/a

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    /s/*Fredric Glass*            Date:    November 26, 2018
    Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court
## District Of Delaware

In re:     The NORDAM Group, Inc.,
Case No.   18-11699 Jointly Administered Under Case 18-11699

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

**Claim No.  none (if known)**
was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on November 26, 2018.

| Name of Transferee: | Name of Alleged Transferor: |
|---|---|
| **Fair Harbor Capital, LLC** | **Mankiewicz Coatings LLC** |
| As assignee of Mankiewicz Coatings LLC | |

**Fair Harbor Capital, LLC**
**Ansonia Finance Station**
**PO Box 237037**
**New York, NY  10023**

Name and Address of Alleged Transferor:

Mankiewicz Coatings LLC
1200 Charleston Regional Pkwy
Charleston, SC  29492

### ~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised the this Notice of Transfer of Claim Other than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objection must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                                  _____
                                                                                   Clerk of the Court

**Notice of Transfer and Waiver of Notice**

**MANKIEWICZ COATINGS LLC ("Seller")** sells, transfer and assigns unto Fair Harbor Capital, LLC, with and address of PO Box 237037, New York, NY 10023, its successors and assigns ("Purchaser"), pursuant to a Claim Purchase Agreement between Seller and Purchaser (the "Agreement") all of Seller's right, title and interest in, to and under Seller's Claim (as defined in the Agreement) against **THE NORDAM GROUP, INC., et al.** or any of its co-debtor affiliates (the "Debtor" in the aggregate amount of not less than **$17,835.82**, representing all pre-petition claims of Seller pending against Debtor in the United States Bankruptcy Court, District of Delaware, Case No 18-11699, et al., Jointly Administered Under Case No. 18-11699 (MFW). Seller Hereby waives its right to raise any objection and/or receive notice pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedures and stipulates that an order may be entered recognizing the Agreement as an unconditional sale and the Purchaser as the valid owner of the Claim.

(Signatures on next page)

2

In Witness Whereof, MANKIEWICZ COATINGS LLC (Seller) and Fair Harbor Capital, LLC (Purchaser) have signed below:

**MANKIEWICZ COATINGS LLC ("Seller")**
1200 CHARLESTON REGIONAL PKWY
CHARLESTON, SC 29492 USA

Print Name: Fabian Grimm     Title: Managing Director

Signature: _____     Date: 11/19/2018

Phone: 843-654-7755     Fax: 843-654-7759

Email: Fabian.Grimm@Mankiewicz.com
Updated Address (If Changed): _____

**Fair Harbor Capital, LLC ("Purchaser")**
1841 Broadway, 10th Fl
New York, NY 10023

Signature: _____

Fred Glass, Member
Victor Kuo